AO 440 (Rev 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania



```
_ __ __ ____  Kim Carruth  ____ ____   )
                  Plaintiff(s)                )
                       v.                     )    Civil Action No.    18-cv-2061
State of Pennsylvania; Josh Shapiro d/b/a/ Acting  )
  Attorney General; Municipal Corporation et als;  )
Administrative Reserve Bank; FRB of Philadelphia;  )
    Philadelphia County et als; Blessed Rudolph    )
(Controller on Behalf of Bank of American, N.A.);  )
Elfant-Wissahickon-Realty; Ben Carson d/b/a United )
     States Department of Housing and Urban        )
Development; Jewell Williams et als d/b/a Sheriff-  )
Philadelphia County; Steve Wulko d/b/a Philadelphia)
  County Clerk Recorder; James Leonard (Philadelphia
  County Recorder of Deeds) and James Patterson, Sr.
__ __ __ ___ etal d/b/a Interlopers  __ __ __ __ _
                  Defendant(s)
```

## FILED
## JUL 1 8 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ATTORNEY GENERAL
Josh Shapiro - 16th Floor
Pennsylvania State
Strawberry Square
Harrisburg, PA. 17120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _ __  6/19/18 _ _ __ _                          s/John Arrow
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     18-2061

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JOSH  SHAPIRO,  ATTORNEY GENERAL-PA
was received by me on *(date)*   7-13-2018   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*  I SERVED  by U.S.PS.  an Original
AFFADAVIT  OF  CERTIFICATE  OF  SERVICE  ON  7-14-18.

My fees are $ _____ for travel and $ 5.00 for services, for a total of $ 5.00 .

I declare under penalty of perjury that this information is true.

Date:  7-13-2018

_____
Server's signature

RUSSELL R VIALVA
Printed name and title

3974 Germantown Ave  Phila. PA 19140
Server's address

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*Carruth, Kim*

18. CV 2061

~~ESTATE OF CARRUTH~~, to wit
~~Beneficial Owner and Designated~~
Representative for Carruth, Kim (Proper Persona)
Correspondent

v

C.R.I.S. #  1709-01977
Term 2017
OPA No. 611282800
 Book # 529 page 578 & C
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

PHILADELPHIA  COUNTY, etals

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

ELFANT -WISSAHICKON-REALTY

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

**COMPLAINT**
Under Protective Order- FRCP Rule 26(c)(A)

**SPECIAL MATTER OF INTEREST TO NOTE**

**SUBROGATION UNDER EQUITY**

**FEDERAL QUESTION (s)**

Jury Trial   **YES**

**CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE
INTERLOPERS FROM TRUST PASSING**

## RUSSELL R. VIALVA MESSENGER SERVICES

Office of Notary Public
Messenger Services Division

3974 Germantown Avenue.
Philadelphia County, Pennsylvania 19140

certified mail # **7017 1070 0000 5948 5334**
USPS Tracking # **9590 9402 2933 7094 4618 62**

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

**I, Russell R. Vialva, a Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim : Carruth,** appeared before me this _13th_ day of _July_ in the year **of our Lord 2018,** I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer or board;

**I FURTHER CERTIFY** that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim: Carruth,** the woman aforesaid, her signature being of record for **"*service*"** to the following **Defendant- Josh Shapiro-dba and Acting Attorney General- Pennsylvania-[Cause # 18-cv-2061]**

**IN WITNESS WHEREOF,** I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this _13th_ day of _July_ ,2018

**With Integrity and Honor**

**RUSSELL R. VIALVA**                                                                  SEAL
NOTARY PUBLIC

Signed By Notary: _Russell W Vialva_ (State of Pennsylvania)    Date: _7/13/18_

Signed By: _____ (Authorized Representative)   Date: _7/13/2018_

Signed By: _Johnny Young_ (Witness of Notary Signature)   Date: _13 July 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania



| | |
|---|---|
| Kim Carruth<br>*Plaintiff(s)*<br>v.<br>State of Pennsylvania; Josh Shapiro d/b/a/ Acting Attorney General; Municipal Corporation et als; Administrative Reserve Bank; FRB of Philadelphia; Philadelphia County et als; Blessed Rudolph (Controller on Behalf of Bank of American, N.A.); Elfant-Wissahickon-Realty; Ben Carson d/b/a United States Department of Housing and Urban Development; Jewell Williams et als d/b/a Sheriff-Philadelphia County; Steve Wulko d/b/a Philadelphia County Clerk Recorder; James Leonard (Philadelphia County Recorder of Deeds) and James Patterson, Sr. etal d/b/a Interlopers<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 18-cv-2061

**FILED**
JUL 18 2018
By KATE BARKMAN, Clerk
Dep. Clerk

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Philadelphia County Sheriff
JEwell WilliAms -
200 South Broad Street
5th Floor, Philadelphia, PA 19110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___ 6/19/18 ___

s/John Arrow
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     18-2061

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _JEWEL WILLIAMS, SHERIFF-PHIL. County_
was received by me on *(date)*     _7 - 13 - 2018_   .

☐ I personally served the summons on the individual at *(place)* _____
_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____  , a person of suitable age and discretion who resides there,
on *(date)* _____  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____  , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____  on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____  ; or

☒ Other *(specify)*  _I SERVED by U.S.P.S. An Original AFFIDAVIT_
_OF CERTIFICATE OF SERVICE ON 7-14-18_  .

My fees are $ _____ for travel and $ _5.⁰⁰_ for services, for a total of $ _5.⁰⁰_ .

I declare under penalty of perjury that this information is true.

Date: _7-13-2018_                    _Russell Vialva_
                                        *Server's signature*

                                _RUSSELL R. VIALVA_
                                        *Printed name and title*

                        _3974 GERMANTOWN AVE PhilA PA 19140_
                                        *Server's address*

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**CDJ**

*Carruth, Kim*

18, CV 2061

ESTATE OF CARRUTH, to wit
~~Beneficial Owner and Designated~~
Representative for Carruth, Kim (Proper Persona)
**Correspondent**

V.

C.R.I.S. # 1709-01977
Term 2017
OPA No. 611282800
**Book # 529 page 578 & C**
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

PHILADELPHIA  COUNTY, etals

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

ELFANT -WISSAHICKON-REALTY

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

**COMPLAINT**
Under Protective Order- FRCP Rule 26(c)(A)

**SPECIAL MATTER OF INTEREST TO NOTE**

**SUBROGATION UNDER EQUITY**

**FEDERAL QUESTION (s)**

Jury Trial   **YES**

## CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE
## INTERLOPERS FROM TRUST PASSING

**RUSSELL R. VIALVA MESSENGER SERVICES**

Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail. # **7017 1070 0000 5948 5341**
USPS Tracking # **9590 9402 2933 7094 4618 55**

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

I, **Russell R. Vialva**, a **Notary Public** of the **County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim : Carruth**, appeared before me this _13TH_ day of _July_ in the year of our Lord **2018**, I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, civil officer, or board.

I **FURTHER CERTIFY** that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim: Carruth**, the woman aforesaid, her signature being of record for "_service_" to the following **Defendant- Jewel Williams dba and Acting Sheriff- Philadelphia County-[Cause # 18-cv-2061]**

IN **WITNESS WHEREOF**, I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this, _13TH_ day of _July_, **2018**

**With Integrity and Honor**

**RUSSELL R. VIALVA**                                        **SEAL**
NOTARY PUBLIC

Signed By Notary: _Russell Vialva_   (State of Pennsylvania)   Date: _7/13/18_

Signed By: _____ (Authorized Representative)   Date: _7/13/2018_

Signed By: _Johnny Young_ (Witness of Notary Signature)   Date: _13 July 2018_

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission ... bruary 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| Kim Carruth <br> *Plaintiff(s)* <br> v. <br> State of Pennsylvania; Josh Shapiro d/b/a/ Acting Attorney General; Municipal Corporation et als; Administrative Reserve Bank; FRB of Philadelphia; Philadelphia County et als; Blessed Rudolph (Controller on Behalf of Bank of American, N.A.); Elfant-Wissahickon-Realty; Ben Carson d/b/a United States Department of Housing and Urban Development; Jewell Williams et als d/b/a Sheriff-Philadelphia County; Steve Wulko d/b/a Philadelphia County Clerk Recorder; James Leonard (Philadelphia County Recorder of Deeds) and James Patterson, Sr. etal d/b/a Interlopers <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No.　18-cv-2061 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Robert El Fant - PA Beoner El Fant Wissahickon Realty 7112 Germantown Avenue Philadelphia, Pa. 19119*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:　　6/19/18

s/John Arrow
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      18-2061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROBERT EL'FANI - PA REAL ESTATE Broker
was received by me on *(date)*   7-13-2018  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* I SERVED by U.S.P.S. An Original AFFIDAVIT
OF CERTIFICATE OF SERVICE ON  7-14-18  .

My fees are $ _____ for travel and $ 5.00 for services, for a total of $ 5.00 .

I declare under penalty of perjury that this information is true.

Date:  7-13-2018

_____ Russell Vialva _____
Server's signature

RUSSELL R. VIALVA
Printed name and title

3974 GermanTown Ave Phila. PA-1940
Server's address

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*CDJ*

*Caruth, Kim*

*18, Cv 2061*

~~ESTATE OF CARRUTH~~, to wit
~~Beneficial Owner and Designated~~
~~Representative for Carruth, Kim (Proper Persona)~~
**Correspondent**

V.

C.R.I.S. # 1709-01977
Term 2017
OPA No. 611282800
Book # 529 page 578 & C
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

PHILADELPHIA COUNTY, etals

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

ELFANT -WISSAHICKON-REALTY

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

**COMPLAINT**
Under Protective Order- FRCP Rule 26(c)(A)

**SPECIAL MATTER OF INTEREST TO NOTE**

**SUBROGATION UNDER EQUITY**

**FEDERAL QUESTION (s)**

Jury Trial   **YES**

**CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE
INTERLOPERS FROM TRUST PASSING**

**RUSSELL R. VIALVA MESSENGER SERVICES**
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail # **7017 1070 0000 5948 6621**
USPS Tracking # **9590 9402 2933 7094 4618 17**

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

**I, Russell R. Vialva, a Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim: Carruth**, appeared before me this _13th_ day of _July_ in the year of our Lord 2018, I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board:

**I FURTHER CERTIFY** that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim: Carruth,** the woman aforesaid, her signature being of record for "*service*" to the following **Defendant- Robert EL'Fant- Pennsylvania Real Estate Broker-[Cause # 18-cv-2061]**

**IN WITNESS WHEREOF,** I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this, _13th_ day of _July_, 2018

**With Integrity and Honor**

**RUSSELL R. VIALVA**
NOTARY PUBLIC

**SEAL**

Signed By Notary: _Russell Vialva_ (State of Pennsylvania)   Date: 7/13/18

Signed By: _____ (Authorized Representative)   Date: 7/13/2018

Signed By: _____ (Witness of Notary Signature)   Date: 13 July 2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| Kim Carruth | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  18-cv-2061 |
| State of Pennsylvania; Josh Shapiro d/b/a/ Acting | ) | |
| Attorney General; Municipal Corporation et als; | ) | |
| Administrative Reserve Bank; FRB of Philadelphia; | ) | |
| Philadelphia County et als; Blessed Rudolph | ) | |
| (Controller on Behalf of Bank of American, N.A.); | ) | |
| Elfant-Wissahickon-Realty; Ben Carson d/b/a United | ) | |
| States Department of Housing and Urban | ) | |
| Development; Jewell Williams et als d/b/a Sheriff- | ) | |
| Philadelphia County; Steve Wulko d/b/a Philadelphia | ) | |
| County Clerk Recorder; James Leonard (Philadelphia | ) | |
| County Recorder of Deeds) and James Patterson, Sr. | | |
| etal d/b/a Interlopers | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bless Rudolph - CEO Bank of America
7105 Corporate Drive
Plano, Texas 75024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 6/19/18 ___ __

s/John Arrow

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  18-2061

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BLESSED RUDOLPH, CFO - BANK OF America
was received by me on *(date)*  7-13-2018 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I SERVED by U.S.PS. An Original AFFIDAVIT
OF CERTIFICATE OF SERVICE ON 7-14-18 .

My fees are $ _____ for travel and $ 5.00 for services, for a total of $ 5.00 .

I declare under penalty of perjury that this information is true.

Date: 7-13-2018

_____  Russell Vialva _____
*Server's signature*

Russell Vialva
*Printed name and title*

3974 Germantown Avenue Phila PA 19140
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*CDJ*

*18, cv 2061*

*Carruth, Kim*

ESTATE OF CARRUTH, to wit
Beneficial Owner and Designated
Representative for Carruth, Kim (Proper Persona)
**Correspondent**

v

C.R.I.S. #  1709-01977
Term 2017
OPA No. 611282800
 **Book # 529 page 578 & C**
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

**COMPLAINT**
Under Protective Order- FRCP Rule 26(c)(A)

PHILADELPHIA  COUNTY, etals

**SPECIAL MATTER OF INTEREST TO NOTE**

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

**SUBROGATION UNDER EQUITY**

ELFANT -WISSAHICKON-REALTY

**FEDERAL QUESTION (s)**

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jury Trial   YES

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

## CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE INTERLOPERS FROM TRUST PASSING

**RUSSELL R. VIALVA MESSENGER SERVICES**
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail # **7017 1070 0000 5948 6669**
USPS Tracking # **9590 9402 2933 7094 4617 70**

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

I, Russell R. Vialva, a Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim Carruth, appeared before me this _13_ day of _July_ in the year of our Lord 2018, I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board;

I FURTHER CERTIFY that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim Carruth,** the woman aforesaid, her signature being of record for "*service*" to the following **Defendant- Blessed Rudolph- C.F.O- Bank of America-**[Cause # 18-cv-2061]

IN WITNESS WHEREOF, I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this, _13_ day of _July_, 2018

**With Integrity and Honor**

**RUSSELL R. VIALVA**                                                     **SEAL**
NOTARY PUBLIC

Signed By Notary: _Russell Vialva_  (State of Pennsylvania)     Date: _7/13/18_

Signed By: _____ (Authorized Representative)   Date: _7/13/2018_

Signed By: _Cherry Farr_  (Witness of Notary Signature)     Date: _13 July 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| Kim Carruth <br> *Plaintiff(s)* <br> v. <br> State of Pennsylvania; Josh Shapiro d/b/a/ Acting Attorney General; Municipal Corporation et als; Administrative Reserve Bank; FRB of Philadelphia; Philadelphia County et als; Blessed Rudolph (Controller on Behalf of Bank of American, N.A.); Elfant-Wissahickon-Realty; Ben Carson d/b/a United States Department of Housing and Urban Development; Jewell Williams et als d/b/a Sheriff-Philadelphia County; Steve Wulko d/b/a Philadelphia County Clerk Recorder; James Leonard (Philadelphia County Recorder of Deeds) and James Patterson, Sr. etal d/b/a Interlopers <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   18-cv-2061 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STEVE WulKo C.C.P
100 South Broad Street
City Hall , Room 296 Philadelphia, PA. 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/19/18

s/John Arroyo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.      18-2061

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  STEVE WULKO , dba CourT AdministeATor
was received by me on *(date)*      7-13-2018      .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*  I  SERVED by U.S.P.S An Original AFFIDAVIT
Of CERTIFICATE OF SERVICE on 7-14-18  .

My fees are $ _____ for travel and $  5.00  for services, for a total of $  5.00  .

I declare under penalty of perjury that this information is true.

Date:  7-13-2018

_____
Server's signature

RUSSELL R. VIALVA
Printed name and title

3974 GermanTown Ave. Phila PA 19140
Server's address

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*Carruth, Kim*

18, CV 2061

ESTATE OF CARRUTH, to wit
~~Beneficial Owner and Designated~~
Representative for Carruth, Kim (Proper Persona)
**Correspondent**

V.

C.R.I.S. # 1709-01977
Term 2017
OPA No. 611282800
 Book # 529 page 578 & C
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

PHILADELPHIA COUNTY, etals

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

ELFANT -WISSAHICKON-REALTY

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

**COMPLAINT**
Under Protective Order- FRCP Rule 26(c)(A)

**SPECIAL MATTER OF INTEREST TO NOTE**

**SUBROGATION UNDER EQUITY**

**FEDERAL QUESTION (s)**

Jury Trial  **YES**

## CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE INTERLOPERS FROM TRUST PASSING

**RUSSELL R. VIALVA MESSENGER SERVICES**
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail #: **7017 1070 0000 5948 6652**
USPS Tracking # **9590 9402 2933 7094 4617 87**

13th day of July 2018.

# AFFIDAVIT OF CERTIFICATE OF SERVICE

**I, Russell R. Vialva**, a Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: **Kim : Carruth**, appeared before me this _18ᵗᴴ_ day of _July_ in the year of our Lord **2018**, I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board.

**I FURTHER CERTIFY** that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim: Carruth**, the woman aforesaid, her signature being of record for **"service"** to the following **Defendant- Steve Wulko-dba- Court Administrator- CCP-** [Cause # **18-cv-2061**]

**IN WITNESS WHEREOF,** I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this, _13ᵗᴴ_ day of _July_ , **2018**

**With Integrity and Honor**

**RUSSELL R. VIALVA**
NOTARY PUBLIC                                                              **SEAL**

Signed By Notary: _Russell Vialva_ (State of Pennsylvania)   Date: _7/13/18_

Signed By: _____ (Authorized Representative)   Date: _7/13/2018_

Signed By: _____ (Witness of Notary Signature)   Date: _13 July 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| Kim Carruth<br>*Plaintiff(s)*<br>v.<br>State of Pennsylvania; Josh Shapiro d/b/a/ Acting<br>Attorney General; Municipal Corporation et als;<br>Administrative Reserve Bank; FRB of Philadelphia;<br>Philadelphia County et als; Blessed Rudolph<br>(Controller on Behalf of Bank of American, N.A.);<br>Elfant-Wissahickon-Realty; Ben Carson d/b/a United<br>States Department of Housing and Urban<br>Development; Jewell Williams et als d/b/a Sheriff-<br>Philadelphia County; Steve Wulko d/b/a Philadelphia<br>County Clerk Recorder; James Leonard (Philadelphia<br>County Recorder of Deeds) and James Patterson, Sr.<br>etal d/b/a Interlopers<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.   18-cv-2061 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ben Carson - U.S. HuD
451 7th Street S.W.
Washington, D.C. 20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 6/19/18 _____

s/John Arrow
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      18-2061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BEN  CARSON, Secretary of U.S.H.U.D
was received by me on *(date)*      7-13-2018   .

☐ I personally served the summons on the individual at *(place)*
_____
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
_____ ,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____
_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*  I  SERVED  by  U.S.P.S an Original
AFFIDAVIT  OF  CERTIFICATE  OF  SERVICE  ON  7-14-2018.

My fees are $ _____ for travel and $ _5.00_ for services, for a total of $ _5.00_ .

I declare under penalty of perjury that this information is true.

Date:  7-13-2018                              _____ Russell Vialva _____
                                                      *Server's signature*

                                              Russell R. Vialva
                                                      *Printed name and title*

                                              3974 GermanTown Ave. Phila PA 19140
                                                      *Server's address*

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*CDJ*

*Carruth, Kim*

*18, Cv 2061*

ESTATE OF CARRUTH, to wit
~~Beneficial Owner and Designated~~
~~Representative for Carruth, Kim (Proper Persona)~~
**Correspondent**

v.

C.R.I.S. # 1709-01977
Term 2017
OPA No. 611282800
Book # 529 page 578 & C
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

PHILADELPHIA COUNTY, etals

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

ELFANT -WISSAHICKON-REALTY

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

**COMPLAINT**

Under Protective Order- FRCP Rule 26(c)(A)

**SPECIAL MATTER OF INTEREST TO NOTE**

**SUBROGATION UNDER EQUITY**

**FEDERAL QUESTION (s)**

Jury Trial   **YES**

## CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE INTERLOPERS FROM TRUST PASSING

**RUSSELL R. VIALVA MESSENGER SERVICES**
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail # 7017 1070 0000 5948 6645
USPS Tracking # 9590 9402 2933 7094 4617 94

13th day of July 2018

## AFFIDAVIT OF CERTIFICATE OF SERVICE

I, Russell R. Vialva, a Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim : Carruth, appeared before me this _13th_ day of _July_ in the year of our Lord 2018, I am a duly qualified and acting NOTARY PUBLIC in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of Kim: Carruth, the woman aforesaid, her signature being of record for "*service*" to the following Defendant- Ben Carson- Commissioner-U.S. H.U.D-[Cause # 18-cv-2061]

IN WITNESS WHEREOF, I execute this Certificate of Service and have here unto set my hand and affixed the seal this _12th_ day of _July_ ,2018

With Integrity and Honor

**RUSSELL R. VIALVA**                                    **SEAL**
NOTARY PUBLIC

Signed By Notary _Russell Vialve_ (State of Pennsylvania)   Date: _7/13/18_

Signed By: _____ (Authorized Representative)   Date: _7/13/2018_

Signed By: _____ (Witness of Notary Signature)   Date: _13 July 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |  |  |
|---|---|---|---|
| Kim Carruth | ) | | |
| *Plaintiff(s)* | ) | | |
| v. | ) | Civil Action No. | 18-cv-2061 |
| State of Pennsylvania; Josh Shapiro d/b/a/ Acting | ) | | |
| Attorney General; Municipal Corporation et als; | ) | | |
| Administrative Reserve Bank; FRB of Philadelphia; | ) | | |
| Philadelphia County et als; Blessed Rudolph | ) | | |
| (Controller on Behalf of Bank of American, N.A.); | ) | | |
| Elfant-Wissahickon-Realty; Ben Carson d/b/a United | ) | | |
| States Department of Housing and Urban | ) | | |
| Development; Jewell Williams et als d/b/a Sheriff- | ) | | |
| Philadelphia County; Steve Wulko d/b/a Philadelphia | ) | | |
| County Clerk Recorder; James Leonard (Philadelphia | | | |
| County Recorder of Deeds) and James Patterson, Sr. | | | |
| etal d/b/a Interlopers | | | |
| *Defendant(s)* | | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patrick Harker - FRB -
10 Independence Mull
Philadelphia PA 19106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        6/19/18        s/John Arrow

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     18-2061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _PATRICK HARKER, PRES - FRB OF PHILA_

was received by me on *(date)* ___7-13-2018___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* _I SERVED by U.S.P.S An Original AFFIDAVIT_
_OF CERTIFICATE OF SERVICE ON 7-14-18_ .

My fees are $ _____ for travel and $ _5.00_ for services, for a total of $ _5.00_ .

I declare under penalty of perjury that this information is true.

Date: _7-13-2018_

_Russell Vialva_
Server's signature

_RUSSELL R. VIALVA_
Printed name and title

_3974 Germantown Ave. Phila. PA 19140_
Server's address

Additional information regarding attempted service, etc:

/

## RUSSELL R. VIALVA MESSENGER SERVICES

Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail  #  **7017 1070 0000 5948 5365**
USPS Tracking #  **9590 9402 2933 7094 4618 31**

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

I, Russell R. Vialva, a Notary Public of the County of Philadelphia, State of Pennsylvania DO
HEREBY CERTIFY THAT: Kim : Carruth, appeared before me this _13th_ day of _July_ in the year
of our Lord 2018, I am a duly qualified and acting NOTARY PUBLIC in the State of Pennsylvania,
County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized
to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants,
transfers, and other instruments of writing executed by any person(s), and to take depositions and
affidavits and administer oaths and affirmations in all matters incident to the duties of the office or
to be used before any court, its officers, judge, civil officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on this document is the official seal of said
Notary Public and it appears that the name subscribed thereon is the genuine signature of Kim:
Carruth, the woman aforesaid, her signature being of record for "*service*" to the following
Defendant- Patrick Harker-dba President-Federal Reserve Bank of Philadelphia-[Cause # 18-
cv-2061]

IN WITNESS WHEREOF, I execute this Certificate of Service and have here unto set my hand and
affixed the seal this, _13th_ day of _July_, 2018

With Integrity and Honor

**RUSSELL R. VIALVA**                                                                   **SEAL**
NOTARY PUBLIC

Signed By Notary: _Russell Vialva_           (State of Pennsylvania)    Date: _____

Signed By: _____           (Authorized Representative)    Date: 7/13/2018

Signed By: _____  (Witness of Notary Signature)    Date: 13 JULY 2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| Kim Carruth <br> *Plaintiff(s)* <br> v. <br> State of Pennsylvania; Josh Shapiro d/b/a/ Acting Attorney General; Municipal Corporation et als; Administrative Reserve Bank; FRB of Philadelphia; Philadelphia County et als; Blessed Rudolph (Controller on Behalf of Bank of American, N.A.); Elfant-Wissahickon-Realty; Ben Carson d/b/a United States Department of Housing and Urban Development; Jewell Williams et als d/b/a Sheriff-Philadelphia County; Steve Wulko d/b/a Philadelphia County Clerk Recorder; James Leonard (Philadelphia County Recorder of Deeds) and James Patterson, Sr. etal d/b/a Interlopers <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.   18-cv-2061 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
James Leonard, dba
Philadelphia County Recorder
City Hall Room 154   Philadelphia, Pa 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 6/19/18 _____

s/John Arrow
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     18-2061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES Leonard   County Recorder

was received by me on *(date)*   7 - 13 - 2018   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* I SERVED by U.S.P.S. AN Original AFFIDAVIT
OF CERTIFICATE OF SERVICE ON 7-14-18 .

My fees are $ _____ for travel and $ 5 · 00 for services, for a total of $ 5 · 00 .

I declare under penalty of perjury that this information is true.

Date: 7 - 13 - 2018          _____ *Russell Vialva* _____
                                          *Server's signature*

                              RUSSELL R. VIALVA
                                   *Printed name and title*

                              3974 Germantown Ave. Phila, PA 19140
                                        *Server's address*

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*CDJ*

*18, CV 2061*

*Carruth, Kim*

ESTATE OF CARRUTH, to wit
~~Beneficial Owner and Designated~~
Representative for Carruth, Kim (Proper Persona)
**Correspondent**

V

C.R.I.S. #  1709-01977
Term 2017
OPA No. 611282800
 Book # 529 page **578 & C**
DOC. ID # 50175718
DATED  8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

PHILADELPHIA  COUNTY, etals

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

ELFANT -WISSAHICKON-REALTY

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

**COMPLAINT**
Under Protective Order- FRCP Rule 26(c)(A)

**SPECIAL MATTER OF INTEREST TO NOTE**

**SUBROGATION UNDER EQUITY**

**FEDERAL QUESTION** (s)

Jury Trial   YES

**CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE
INTERLOPERS FROM TRUST PASSING**

**RUSSELL R. VIALVA MESSENGER SERVICES**
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail # **7017 1070 0000 5948 6638**
USPS Tracking # **9590 9402 2933 7094 4618 00**

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

**I, Russell R. Vialva, a Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim : Carruth**, appeared before me this *13* day of *July* **in the year of our Lord 2018,** I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board.

**I FURTHER CERTIFY** that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim: Carruth,** the woman aforesaid, her signature being of record for *"service"* to the following **Defendant- James Leonard- Philadelphia County Recorder-[Cause # 18-cv-2061]**

**IN WITNESS WHEREOF,** I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this *13* day of *July*, **2018**

**With Integrity and Honor.**

**RUSSELL R. VIALVA**
NOTARY PUBLIC

**SEAL**

Signed By Notary: _____ (State of Pennsylvania)  Date: 7/13/18

Signed By: _____ (Authorized Representative)  Date: 7/13/vo18

Signed By: _____ (Witness of Notary Signature)  Date: 13 July 2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| Kim Carruth | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   18-cv-2061 |
| State of Pennsylvania; Josh Shapiro d/b/a/ Acting | ) | |
| Attorney General; Municipal Corporation et als; | ) | |
| Administrative Reserve Bank; FRB of Philadelphia; | ) | |
| Philadelphia County et als; Blessed Rudolph | ) | |
| (Controller on Behalf of Bank of American, N.A.); | ) | |
| Elfant-Wissahickon-Realty; Ben Carson d/b/a United | ) | |
| States Department of Housing and Urban | ) | |
| Development; Jewell Williams et als d/b/a Sheriff- | ) | |
| Philadelphia County; Steve Wulko d/b/a Philadelphia | ) | |
| County Clerk Recorder; James Leonard (Philadelphia | ) | |
| County Recorder of Deeds) and James Patterson, Sr. | | |
| etal d/b/a Interlopers | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Matthew Brustwood, A310592

Attorney

Phelan Hallinan Diamond & Jones

1617 JFK Blvd, Suite 1400  Philadelphia, PA. 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 6/19/18 _____     _____
s/John Arrow
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     18-2061

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MATTHEW Brushwood, Civil Court Officer
was received by me on *(date)*   7-13-2018   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*  I SERVED by U.S.P.S. An Original AFFIDAVIT
OF CERTIFICATE OF SERVICE on 7-14-18   .

My fees are $ _____ for travel and $  5.00  for services, for a total of $  5.00  .

I declare under penalty of perjury that this information is true.

Date:  7-13-2018                    _____ Russell Vialva _____
                                                        *Server's signature*

                                   Russell R. Vialva
                                                        *Printed name and title*

                                   3974 Germantown Ave Phila PA 19140
                                                        *Server's address*

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*CDJ*

*Carruth, Kim*

ESTATE OF CARRUTH, to wit
~~Beneficial Owner and Designated~~
~~Representative for Carruth, Kim (Proper Persona)~~
**Correspondent**

V.

*18, CV 2061*

C.R.I.S. #  1709-01977
Term 2017
OPA No. 611282800
 Book # 529 page 578 & C
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

PHILADELPHIA  COUNTY, etals

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

ELFANT -WISSAHICKON-REALTY

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

**COMPLAINT**

Under Protective Order- FRCP Rule 26(c)(A)

**SPECIAL MATTER OF INTEREST TO NOTE**

**SUBROGATION UNDER EQUITY**

**FEDERAL QUESTION (s)**

Jury Trial   YES

## CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE INTERLOPERS FROM TRUST PASSING

## RUSSELL R. VIALVA MESSENGER SERVICES
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail # **7017 1070 0000 5948 6614**
USPS Tracking # **9590 9402 2933 7094 4618 24**

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

I, **Russell R. Vialva**, a Notary Public of the County of Philadelphia, State of Pennsylvania DO **HEREBY CERTIFY THAT:** Kim : Carruth, appeared before me this _13th_ day of _July_ in the year of our Lord 2018, I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board:

I **FURTHER CERTIFY** that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim: Carruth**, the woman aforesaid, her signature being of record for *"service"* to the following **Defendant- Matthew Brushwood-Civil Court Officer- A310592-Phelan Hallinan Diamond and Jones**-[Cause # 18-cv-2061]

**IN WITNESS WHEREOF**, I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this _13_ day of _July_, 2018

**With Integrity and Honor**

**RUSSELL R. VIALVA**
NOTARY PUBLIC                                    **SEAL**

Signed By Notary _____ (State of Pennsylvania)   Date: 7/13/18

Signed By _____ (Authorized Representative)   Date: 7/13/2018

Signed By _____ (Witness of Notary Signature)   Date: 13 July 2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| Kim Carruth <br> *Plaintiff(s)* <br> v. <br> State of Pennsylvania; Josh Shapiro d/b/a/ Acting Attorney General; Municipal Corporation et als; Administrative Reserve Bank; FRB of Philadelphia; Philadelphia County et als; Blessed Rudolph (Controller on Behalf of Bank of American, N.A.); Elfant-Wissahickon-Realty; Ben Carson d/b/a United States Department of Housing and Urban Development; Jewell Williams et als d/b/a Sheriff-Philadelphia County; Steve Wulko d/b/a Philadelphia County Clerk Recorder; James Leonard (Philadelphia County Recorder of Deeds) and James Patterson, Sr. etal d/b/a Interlopers <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.     18-cv-2061 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JAMES PATTERSON SR. dba
Interloper
110 W. Godfrey Avenue Philadelphia, PA 19120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____ 6/19/18 ____

s/John Arrow

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      18-2061

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES PATTERSON, Sr. (specifically)
INTER Loper / TRUST PASSER
was received by me on *(date)*    7-13-2018    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I SERVED by USPS an Original AFFIDAVIT
OF CERTIFICATE OF SERVICE on 7-14-18 .

My fees are $ _____ for travel and $ 5⁰⁰ for services, for a total of $ 5·⁰⁰ .

I declare under penalty of perjury that this information is true.

Date:  7-13-2018

_____
*Server's signature*

Russell R. Vialva
*Printed name and title*

3974 GermanTown Ave Phila. PA 1940
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*Carruth, Kim*

18, CV 2061

~~ESTATE OF CARRUTH~~, to wit
~~Beneficial Owner and Designated~~
~~Representative for Carruth, Kim (Proper Persona)~~
**Correspondent**

v

C.R.I.S. #  1709-01977
Term 2017
OPA No. 611282800
**Book # 529 page 578 & C**
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

ADMINISTRATIVE RESERVE BANK
FRB OF PHILADELPHIA

PHILADELPHIA  COUNTY, etals

Blessed Rudolph, Controller on behalf of
BANK OF AMERICA, N.A.

ELFANT -WISSAHICKON-REALTY

Ben Carson, dba
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Jewell Williams, dba
SHERIFF- PHILADELPHIA COUNTY etals

Steve Wulko- dba Philadelphia County Clerk Recorder

James Leonard, Philadelphia County Recorder of Deeds

JAMES PATTERSON Sr. etal dba Interlopers

**Respondent(s)**

**COMPLAINT**
Under Protective Order- FRCP Rule 26(c)(A)

**SPECIAL MATTER OF INTEREST TO NOTE**

**SUBROGATION UNDER EQUITY**

**FEDERAL QUESTION (s)**

Jury Trial   **YES**

## CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE INTERLOPERS FROM TRUST PASSING

**RUSSELL R. VIALVA MESSENGER SERVICES**
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail # 7017 1070 0000 5948 5358
USPS Tracking # 9590 9402 2933 7094 4618 48

13th day of July 2018.

## AFFIDAVIT OF CERTIFICATE OF SERVICE

I, Russell R. Vialva, a Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim : Carruth, appeared before me this *3RD* day of *July* in the year of our Lord 2018, I am a duly qualified and acting NOTARY PUBLIC in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of Kim: Carruth, the woman aforesaid, her signature being of record for *"service"* to the following Defendant- James Patterson Sr. dba Trust Passer and Interloper-[Cause # 18-cv-2061]

IN WITNESS WHEREOF, I execute this Certificate of Service and have here unto set my hand and affixed the seal this, *3rd* day of *July*, 2018

**With Integrity and Honor**

**RUSSELL R. VIALVA**                                      **SEAL**
NOTARY PUBLIC

Signed By Notary _Russell Vialva_____ (State of Pennsylvania)    Date: _7/12/2018_

Signed By _____ (Authorized Representative)    Date: _____

Signed By _____ (Witness of Notary Signature)    Date: _13 July 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| Kim Carruth | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.    18-cv-2061 |
| State of Pennsylvania; Josh Shapiro d/b/a/ Acting | ) |
| Attorney General; Municipal Corporation et als; | ) |
| Administrative Reserve Bank; FRB of Philadelphia; | ) |
| Philadelphia County et als; Blessed Rudolph | ) |
| (Controller on Behalf of Bank of American, N.A.); | ) |
| Elfant-Wissahickon-Realty; Ben Carson d/b/a United | ) |
| States Department of Housing and Urban | ) |
| Development; Jewell Williams et als d/b/a Sheriff- | ) |
| Philadelphia County; Steve Wulko d/b/a Philadelphia | ) |
| County Clerk Recorder; James Leonard (Philadelphia | ) |
| County Recorder of Deeds) and James Patterson, Sr. | |
| etal d/b/a Interlopers | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

*STATE EMPLOYEE'S RETIREMENT*

To: *(Defendant's name and address)*

*Robin Wiessman - Secretary of Banking & Securities*
*30 North Thien Street 5th Floor*
*Harrisburgh, PA 17101*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/19/18

s/John Arrow
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    18-2061

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Robin Wiessman, Secty -PA SERS_
was received by me on *(date)* _7-13-2018_ .

☐ I personally served the summons on the individual at *(place)* _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _  on *(date)* _ _ _ _ _ _ _ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ , a person of suitable age and discretion who resides there,
on *(date)* _ _ _ _ _ _ _ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ , who is
designated by law to accept service of process on behalf of *(name of organization)* _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _  on *(date)* _ _ _ _ _ _ ; or

☐ I returned the summons unexecuted because _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ; or

☒ Other *(specify)* _I SERVED by U.S.P.S. an Original (AFFIDAVIT
OF CERTIFICATE OF SERVICE ON _ 7-14-18 _ _ _._

My fees are $ _ _ _ _ _  for travel and $ _5 ⁰⁰_  for services, for a total of $ _5 .⁰ ⁰_ .

I declare under penalty of perjury that this information is true.

Date:  _7-13-2018_                                    _Russell Vialva_
                                                    *Server's signature*

                                        _RUSSELL R. VIALVA_
                                                    *Printed name and title*

                                    _3974 Germantown Ave Phila. PA 19140_
                                                    *Server's address*

Additional information regarding attempted service, etc:

# RUSSELL R. VIALVA MESSENGER SERVICES
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail # **7017 1070 0000 5948 6690**
USPS Tracking # **9590 9402 2933 7094 4617 49**

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

I, **Russell R. Vialva**, a **Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim : Carruth**, appeared before me this _13th_ day of _July_ in the year of our Lord 2018, I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board:

I **FURTHER CERTIFY** that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim: Carruth,** the woman aforesaid, her signature being of record for "**_service_**" to the following **Defendant- Robin Wiessman- dba and Acting Secretary of Banking/Securities- PA. S.E.R.S** [Cause # 18-cv-2061]

IN **WITNESS WHEREOF,** I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this _13th_ day of _July_ 2018

**With Integrity and Honor**

**RUSSELL R. VIALVA**                                      **SEAL**
NOTARY PUBLIC

Signed By Notary: _(signature)_ (State of Pennsylvania)   Date: _7/13/18_

Signed By: _____ (Authorized Representative)   Date: _7/13/2018_

Signed By: _(signature)_ (Witness of Notary Signature)   Date: _13 July 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | |
|---|---|
| Kim Carruth | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   18-cv-2061 |
| State of Pennsylvania; Josh Shapiro d/b/a/ Acting | ) |
| Attorney General; Municipal Corporation et als; | ) |
| Administrative Reserve Bank; FRB of Philadelphia; | ) |
| Philadelphia County et als; Blessed Rudolph | ) |
| (Controller on Behalf of Bank of American, N.A.); | ) |
| Elfant-Wissahickon-Realty; Ben Carson d/b/a United | ) |
| States Department of Housing and Urban | ) |
| Development; Jewell Williams et als d/b/a Sheriff- | ) |
| Philadelphia County; Steve Wulko d/b/a Philadelphia | ) |
| County Clerk Recorder; James Leonard (Philadelphia | ) |
| County Recorder of Deeds) and James Patterson, Sr. | |
| etal d/b/a Interlopers | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dominic J. Rossi dba Deputy Court Administrator
369 City Hall Philadelphia, PA. 19107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 6/19/18 _____        _____
                                    s/John Arrow
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      18-2061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dominic J. Rossi, Deputy Court Admin

was received by me on *(date)*      7-13-2018      .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* I SERVED by U.S.P.S an Original AFFIDAVIT
OF CERTIFICATE OF SERVICE on 7-14-18                          .

My fees are $ _____ for travel and $ 5⁰⁰ for services, for a total of $ 5.⁰ᵈ .

I declare under penalty of perjury that this information is true.

Date: 7-13-2018                    _____Russell Vialva_____
                                         *Server's signature*

                                   _____RUSSELL R. VIALVE_____
                                         *Printed name and title*

                                   3974 Germantown Ave Phila PA 19140
                                         *Server's address*

Additional information regarding attempted service, etc:

## RUSSELL R. VIALVA MESSENGER SERVICES

Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail # 7017 1070 0000 5948 6676
USPS Tracking # 9590 9402 2933 7094 4617 63

13th day of July 2018

# AFFIDAVIT OF CERTIFICATE OF SERVICE

I, Russell R. Vialva, a Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim : Carruth, appeared before me this _13th_ day of _July_ in the year of our Lord 2018, I am a duly qualified and acting NOTARY PUBLIC in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of Kim: Carruth, the woman aforesaid, her signature being of record for "*service*" to the following Defendant: Dominic J. Rossi- dba and Acting Deputy Court Administrator-[Cause # 18-cv-2061]

IN WITNESS WHEREOF, I execute this Certificate of Service and have here unto set my hand and affixed the seal this, _13th_ day of _July_, 2018

With Integrity and Honor

**RUSSELL R. VIALVA**
NOTARY PUBLIC

Signed By Notary _____ (State of Pennsylvania)    Date: 7/13/18

Signed By: _____ (Authorized Representative)    Date: 7/13/2018

Signed By: _____ (Witness of Notary Signature)    Date: 13 JULY 2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, County
My Commission Expires Feb. July 10, 2021

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| Kim Carruth | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.   18-cv-2061 |
| State of Pennsylvania; Josh Shapiro d/b/a/ Acting | ) |
| Attorney General; Municipal Corporation et als; | ) |
| Administrative Reserve Bank; FRB of Philadelphia; | ) |
| Philadelphia County et als; Blessed Rudolph | ) |
| (Controller on Behalf of Bank of American, N.A.); | ) |
| Elfant-Wissahickon-Realty; Ben Carson d/b/a United | ) |
| States Department of Housing and Urban | ) |
| Development; Jewell Williams et als d/b/a Sheriff- | ) |
| Philadelphia County; Steve Wulko d/b/a Philadelphia | ) |
| County Clerk Recorder; James Leonard (Philadelphia | ) |
| County Recorder of Deeds) and James Patterson, Sr. | |
| etal d/b/a Interlopers | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robert Q. Reilly, C.F.O.
PNC Bank
300 Fifth Avenue
Pittsburgh, PA 15222-2401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KIM CARRUTH
108 W. GODFREY AVE
PHILADELPHIA, PA 19120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date. _____ 6/19/18 _____          s/John Arrow
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-2061

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Robert Q Reilly, CFO - PNC BANK_

was received by me on *(date)* _1-13-2018_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* _I SERVED by U.S.P.S. An Original AFFIDAVIT_
_OF CERTIFICATE OF SERVICE on 1-14-18_ .

My fees are $ _____ for travel and $ _5.00_ for services, for a total of $ _5.00_ .

I declare under penalty of perjury that this information is true.

Date: _1-13-2018_          _Russell Viabra_
                              *Server's signature*

                         _RUSSEll R ViAluA_
                              *Printed name and title*

                         _3974 GermanTown Ave Phila. PA 19140_
                              *Server's address*

Additional information regarding attempted service, etc:

**RUSSELL R. VIALVA MESSENGER SERVICES**
Office of Notary Public
Messenger Services Division

3974 Germantown Avenue
Philadelphia County, Pennsylvania 19140

certified mail #. **7017 1070 0000 5948 6683**
USPS Tracking #  **9590 9402 2933 7094 4617 56**

13th day of July 2018.

# AFFIDAVIT OF CERTIFICATE OF SERVICE

I, **Russell R. Vialva**, a **Notary Public of the County of Philadelphia, State of Pennsylvania DO HEREBY CERTIFY THAT: Kim - Carruth**, appeared before me this _13__ day of _July_ in the year of our Lord **2018**, I am a duly qualified and acting **NOTARY PUBLIC** in the State of Pennsylvania, County of Philadelphia, empowered to act as such NOTARY in any part of this State and Authorized to issue this Certificate of Service or proof of powers of attorney, mortgages, deeds, grants, transfers, and other instruments of writing executed by any person(s), and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the office or to be used before any court, its officers, judge, Civil officer, or board.

I **FURTHER CERTIFY** that the seal affixed or impressed on this document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of **Kim Carruth**, the woman aforesaid, her signature being of record for **"service"** to the following Defendant- **Robert O. Reilly- dba and Acting C.F.O- PNC Bank** -[Cause #.18-cv-2061]

**IN WITNESS WHEREOF**, I execute this **Certificate of Service** and have here unto set my hand and affixed the seal this, _13__ day of _July_, 2018

**With Integrity and Honor**

**RUSSELL R. VIALVA**                                                    **SEAL**
NOTARY PUBLIC

Signed By Notary _Russell Vialva_          (State of Pennsylvania)     Date: _7/13/18_

Signed By: _____     (Authorized Representative)   Date: _7/13/2018_

Signed By _Johnny Town_    (Witness of Notary Signature)   Date: _13 JULY 2018_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RUSSELL R. VIALVA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 10, 2021

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Philadelphia County Recorder
ATTN: James Leonard, Aba
City Hall   room 154
Philadelphia, PA 19103

9590 9402 3496 7275 1008 26

2. Article Number *(Transfer from service label)*

7017 3040 0000 9713 0862

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Anders_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
5-30-18

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Phelan Hallinan Diamond &*
*ATTN: Matthew Jones*
*Brushwood*
*1617 JFK BIVD Suite 1400 Philadphia, PA. 19103*

9590 9402 3496 7275 1007 96

2. Article Number *(Transfer from service label)*

7017 3040 0000 9712 5448

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                         ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

*Phelan Hallinan Received by:*
*Diamond & Jones, LLP*

MAY 29 2018 3

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below.        ☐ No

3. Service Type
☐ Adult Signature                          ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery      ☐ Registered Mail™
☐ Certified Mail®                          ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery            Delivery
☐ Collect on Delivery                      ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery       Merchandise
☐ Mail Restricted Delivery                 ☐ Signature Confirmation™
     00)                                   ☐ Signature Confirmation
                                                Restricted Delivery

Domestic Return Receipt

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Phelan Hallinan Diamond & Jones, LLP*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Phelan Hallinan Diamond & Jones<br>1617 JFK Blvd, Suite 1400<br>Philadelphia, PA 19103<br><br>ATTN: Francis Hallinan | *Received by*<br>MAY 29 2018<br><br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3496 7275 1008 02 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...Mail<br>☐ ...Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7017 3040 0000 9712 5455 | |
| PS Form **3811**, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
Attn: Josh Shapiro
Pennsylvania State 16th Fl
Strawberry Square, Harrisburg, PA 17120

9590 9402 3826 8032 1927 54

2. Article Number

7017 3040 0000 9713 0237

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
  ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAY 2 1 2018

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Blessed Rudolph, dba
ATTN: CFO
FRB- Phila dba
Bank of America, N.A.

9590 9402 3496 7275 1008 71

2. Article Number

7017 3040 0000 9713 0824

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  BoA

☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

7105 Corporate Drive
Plano, Texas 75024

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Court of Common Pleas Administrative
ATTN: Steve Wulko, dba
100 South Broad St.
City Hall, Room 296 Philadelphia, PA 19103

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3496 7275 1008 33

2. Article Number *(Transfer from service label)*

7017 3040 0000 9713 0879

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Donna Kelly*                    ☐ Agent
                                   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
DONNA Kelly                        5-30/18

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Court of Common Pleas Administration
Attn: Joseph Evers
100 South Broad Street
City Hall, Room 296   Philadelphia, PA 19103

9590 9402 3496 7275 1008 40

2. Article Number *(Transfer from service label)*

7017 3040 0000 9713 0886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Donna Kelly*   ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

DONNA Kelly   5-31-18

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   (00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# USPS Tracking®

## Track Another Package ✛

**Tracking Number:** 70173040000097130237

Remove ✕

### Expected Delivery on

## MONDAY
# 21   MAY   by
     2018 ⓘ   **8:00pm** ⓘ

## ⊘ Delivered

May 21, 2018 at 7:56 am
Delivered
HARRISBURG, PA 17120

---

### Tracking History        ⌃

**May 21, 2018, 7:56 am**
Delivered
HARRISBURG, PA 17120
Your item was delivered at 7:56 am on May 21, 2018 in HARRISBURG, PA 17120.

**May 21, 2018, 7:56 am**
Available for Pickup
HARRISBURG, PA 17120

**May 21, 2018, 3:59 am**
Arrived at Unit
HARRISBURG, PA 17107

Case 2:18-cv-02061-CDJ   Document 6   Filed 07/18/18   Page 57 of 81

**May 20, 2018**
In Transit to Next Facility


**May 19, 2018**
In Transit to Next Facility


**May 18, 2018**
In Transit to Next Facility


**May 17, 2018, 4:41 pm**
USPS in possession of item
PHILADELPHIA, PA 19102

---

## Product Information                                                    ∧


| Postal | Features: | See tracking for related item: 9590940238268032192754 |
|--------|-----------|---------------------------------------------------------|
| Product: | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940238268032192754) |
| First- | | |
| Class | | |
| Mail® | | |

---

See Less ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70173040000097130831

Remove ✕

**On Time**

**Expected Delivery on**

# WEDNESDAY

# 23 MAY 2018 ⓘ

by

**8:00pm** ⓘ

## ✔ Delivered

May 23, 2018 at 7:21 am
Delivered, Individual Picked Up at Postal Facility
PHILADELPHIA, PA 19107

---

### Tracking History                                                  ⌃

**May 23, 2018, 7:21 am**
Delivered, Individual Picked Up at Postal Facility
PHILADELPHIA, PA 19107
Your item was picked up at a postal facility at 7:21 am on May 23, 2018 in PHILADELPHIA, PA 19107.

**May 23, 2018, 3:17 am**
Available for Pickup
PHILADELPHIA, PA 19107

**May 23, 2018, 3:13 am**
Arrived at Unit
PHILADELPHIA, PA 19104

**May 22, 2018, 12:56 am**
Departed USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 21, 2018, 8:59 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 21, 2018, 11:55 am**
USPS in possession of item
PHILADELPHIA, PA 19102

---

**Product Information**                                                                    ∧

| Postal Product: First-Class Mail® | Features: Certified Mail™ | See tracking for related item: 9590940234967275100864 (/go/TrackConfirmAction?tLabels=9590940234967275100864) |
|---|---|---|

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking®

**FAQs ›** (http://faq.usps.com/?articleId=220900)

## Track Another Package ╋

**Tracking Number:** 70173040000097125448

Remove ✕

Your item was delivered at 2:49 pm on May 31, 2018 in PHILADELPHIA, PA 19103.

## ⊘ Delivered

May 31, 2018 at 2:49 pm
Delivered
PHILADELPHIA, PA 19103

---

**Tracking History**　　　　　　　　　　　　　　　　　　　　　　　　⌃

**May 31, 2018, 2:49 pm**
Delivered
PHILADELPHIA, PA 19103
Your item was delivered at 2:49 pm on May 31, 2018 in PHILADELPHIA, PA 19103.

Reminder to Schedule Redelivery of your item

**May 26, 2018, 11:50 am**
Available for Pickup
PHILADELPHIA, PA 19104

**May 26, 2018, 11:48 am**
Available for Pickup
PHILADELPHIA, PA 19103

**May 26, 2018, 11:38 am**
Sorting Complete
PHILADELPHIA, PA 19103


**May 26, 2018, 10:54 am**
Arrived at Unit
PHILADELPHIA, PA 19104


**May 25, 2018**
In Transit to Next Facility


**May 24, 2018, 9:18 pm**
Departed USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER


**May 24, 2018, 9:09 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER


**May 24, 2018, 5:04 pm**
Departed Post Office
PHILADELPHIA, PA 19120


**May 24, 2018, 4:12 pm**
USPS in possession of item
PHILADELPHIA, PA 19120


## Product Information                                                                                        ⌃


| Postal Product: First-Class Mail® | Features: Certified Mail™ | See tracking for related item: 9590940234967275100796 (/go/TrackConfirmAction?tLabels=9590940234967275100796) |
|---|---|---|

# USPS Tracking®

FAQs  >  (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70173040000097125455

Remove ✕

Your item was delivered at 2:49 pm on May 31, 2018 in PHILADELPHIA, PA 19103.

## ⊘ Delivered

May 31, 2018 at 2:49 pm
Delivered
PHILADELPHIA, PA 19103

---

### Tracking History                                                    ∧

**May 31, 2018, 2:49 pm**
Delivered
PHILADELPHIA, PA 19103
Your item was delivered at 2:49 pm on May 31, 2018 in PHILADELPHIA, PA 19103.

Reminder to Schedule Redelivery of your item

**May 26, 2018, 11:50 am**
Available for Pickup
PHILADELPHIA, PA 19104

**May 26, 2018, 8:54 am**
Available for Pickup
PHILADELPHIA, PA 19103

**May 26, 2018, 8:44 am**
Sorting Complete
PHILADELPHIA, PA 19103

**May 26, 2018, 7:17 am**
Arrived at Unit
PHILADELPHIA, PA 19104

**May 25, 2018**
In Transit to Next Facility

**May 24, 2018, 11:43 pm**
Departed USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 24, 2018, 9:09 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 24, 2018, 5:04 pm**
Departed Post Office
PHILADELPHIA, PA 19120

**May 24, 2018, 4:12 pm**
USPS in possession of item
PHILADELPHIA, PA 19120

---

## Product Information                                                      ︿

| Postal Product: First-Class Mail® | Features: Certified Mail™ | See tracking for related item: 9590940234967275100802 (/go/TrackConfirmAction?tLabels=9590940234967275100802) |
|---|---|---|

---

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70173040000097130725     Remove ✕

Your item was picked up at a postal facility at 6:12 am on May 25, 2018 in PHILADELPHIA, PA 19104.

## ⊘ Delivered

May 25, 2018 at 6:12 am
Delivered, Individual Picked Up at Postal Facility
PHILADELPHIA, PA 19104

---

### Tracking History ⌃

**May 25, 2018, 6:12 am**
Delivered, Individual Picked Up at Postal Facility
PHILADELPHIA, PA 19104
Your item was picked up at a postal facility at 6:12 am on May 25, 2018 in PHILADELPHIA, PA 19104.

**May 21, 2018, 3:45 pm**
Available for Pickup
PHILADELPHIA, PA 19104

**May 21, 2018, 3:17 pm**
Arrived at Unit
PHILADELPHIA, PA 19104

**May 21, 2018, 9:17 am**
Out for Delivery
PHILADELPHIA, PA 19110

**May 21, 2018, 9:07 am**
Sorting Complete
PHILADELPHIA, PA 19110


**May 20, 2018**
In Transit to Next Facility


**May 19, 2018**
In Transit to Next Facility


**May 18, 2018, 3:42 pm**
USPS in possession of item
PHILADELPHIA, PA 19102

---

## Product Information                                          ∧


**Postal Product:**                          **Features:**
First-Class Mail®                            Certified Mail™

---

See Less ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking®

**FAQs** › (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70173040000097130718

Remove ✕

## Expected Delivery by

# MONDAY
# 21 MAY 2018 ⓘ
by
# 8:00pm ⓘ

## ⊘ Delivered

May 21, 2018 at 8:08 pm
Delivered, To Agent
PHILADELPHIA, PA 19102

---

**Tracking History**      ⌃

**May 21, 2018, 8:08 pm**
Delivered, To Agent
PHILADELPHIA, PA 19102
Your item has been delivered to an agent at 8:08 pm on May 21, 2018 in PHILADELPHIA, PA 19102.

**May 19, 2018, 12:58 pm**
Delivery Attempted - No Access to Delivery Location
PHILADELPHIA, PA 19102

**May 19, 2018, 5:17 am**
Arrived at USPS Facility
PHILADELPHIA, PA 19153

**May 18, 2018, 10:35 pm**
Departed USPS Regional Facility
PHILADELPHIA PA NETWORK DISTRIBUTION CENTER


**May 18, 2018, 8:16 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA NETWORK DISTRIBUTION CENTER


**May 18, 2018, 3:44 pm**
USPS in possession of item
PHILADELPHIA, PA 19102

---

**Product Information**                                                    ∧

**Postal Product:**                          **Features:**
First-Class Mail®                            Certified Mail™

---

See Less ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70173040000097130855

Remove ✕

Your item was delivered to an individual at the address at 1:14 pm on May 25, 2018 in PHILADELPHIA, PA 19119.

## ⊘ **Delivered**

May 25, 2018 at 1:14 pm
Delivered, Left with Individual
PHILADELPHIA, PA 19119

---

### Tracking History                                    ⌃

**May 25, 2018, 1:14 pm**
Delivered, Left with Individual
PHILADELPHIA, PA 19119
Your item was delivered to an individual at the address at 1:14 pm on May 25, 2018 in PHILADELPHIA, PA 19119.

**May 25, 2018, 12:56 am**
Departed USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 24, 2018, 9:09 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 24, 2018, 5:04 pm**
Departed Post Office
PHILADELPHIA, PA 19120

**May 24, 2018, 4:12 pm**
USPS in possession of item
PHILADELPHIA, PA 19120

---

## Product Information     ∧

| | | |
|---|---|---|
| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940234967275100819 (/go/TrackConfirmAction?tLabels=9590940234967275100819) |

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

# **USPS Tracking**®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70173040000097130862

Remove ✕

Your item was delivered to the front desk or reception area at 12:56 pm on May 30, 2018 in PHILADELPHIA, PA 19107.

## ⊘ **Delivered**

May 30, 2018 at 12:56 pm
Delivered, Front Desk/Reception
PHILADELPHIA, PA 19107

---

### **Tracking History**                                            ⌃

**May 30, 2018, 12:56 pm**
Delivered, Front Desk/Reception
PHILADELPHIA, PA 19107
Your item was delivered to the front desk or reception area at 12:56 pm on May 30, 2018 in
PHILADELPHIA, PA 19107.

**May 30, 2018**
In Transit to Next Facility

**May 29, 2018, 7:24 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 29, 2018, 11:53 am**
USPS in possession of item
PHILADELPHIA, PA 19102

Case 2:18-cv-02061-CDJ   Document 6   Filed 07/18/18   Page 71 of 81

**Product Information**                                                        ∧

| | | |
|---|---|---|
| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940234967275100826 (/go/TrackConfirmAction?tLabels=9590940234967275100826) |

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

# USPS Tracking®

FAQs ❯ (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70173040000097130817

Remove ✕

**Expected Delivery on**

# FRIDAY

# 25 MAY 2018 ⓘ ˌ by 8:00pm ⓘ

## ⊘ Delivered

May 25, 2018 at 8:01 am
Delivered, To Agent
WASHINGTON, DC 20410

---

### Tracking History                                            ⌃

**May 25, 2018, 8:01 am**
Delivered, To Agent
WASHINGTON, DC 20410
Your item has been delivered to an agent at 8:01 am on May 25, 2018 in WASHINGTON, DC 20410.

**May 25, 2018, 6:05 am**
Arrived at Unit
WASHINGTON, DC 20018

**May 24, 2018**
In Transit to Next Facility

**May 23, 2018**
In Transit to Next Facility

**May 22, 2018**
In Transit to Next Facility

**May 21, 2018, 11:31 pm**
Departed USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 21, 2018, 8:59 pm**
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 21, 2018, 11:58 am**
USPS in possession of item
PHILADELPHIA, PA 19102

---

**Product Information**        ∧

| Postal Product: | Features: | See tracking for related item: 9590940234967275100888 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940234967275100888) |

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

**FAQs ›** (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70173040000097130879                                Remove ✕

Your item was delivered to an individual at the address at 4:43 pm on May 30, 2018 in
PHILADELPHIA, PA 19107.

## ⊘ Delivered

May 30, 2018 at 4:43 pm
Delivered, Left with Individual
PHILADELPHIA, PA 19107

---

### Tracking History                                                            ⌃

**May 30, 2018, 4:43 pm**
Delivered, Left with Individual
PHILADELPHIA, PA 19107
Your item was delivered to an individual at the address at 4:43 pm on May 30, 2018 in PHILADELPHIA, PA
19107.

**May 30, 2018**
In Transit to Next Facility

**May 29, 2018, 7:24 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 29, 2018, 11:53 am**
USPS in possession of item
PHILADELPHIA, PA 19102

## Product Information      ∧

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940234967275100833 (/go/TrackConfirmAction?tLabels=9590940234967275100833) |

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70173040000097130886

Remove ✕

Your item was delivered to an individual at the address at 4:43 pm on May 30, 2018 in PHILADELPHIA, PA 19107.

## ✅ Delivered

May 30, 2018 at 4:43 pm
Delivered, Left with Individual
PHILADELPHIA, PA 19107

---

**Tracking History**                                                    ⌃

**May 30, 2018, 4:43 pm**
Delivered, Left with Individual
PHILADELPHIA, PA 19107
Your item was delivered to an individual at the address at 4:43 pm on May 30, 2018 in PHILADELPHIA, PA 19107.

**May 30, 2018**
In Transit to Next Facility

**May 29, 2018, 7:24 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 29, 2018, 11:53 am**
USPS in possession of item
PHILADELPHIA, PA 19102

Case 2:18-cv-02061-CDJ   Document 6   Filed 07/18/18   Page 77 of 81

## Product Information ⌃

| | | |
|---|---|---|
| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | **See tracking for related item: 9590940234967275100840** (/go/TrackConfirmAction?tLabels=9590940234967275100840) |

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

# USPS Tracking®

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70173040000097130824

Remove ✕

Your item was delivered to an individual at the address at 3:20 pm on May 29, 2018 in PLANO, TX 75024.

## ⊘ Delivered

May 29, 2018 at 3:20 pm
Delivered, Left with Individual
PLANO, TX 75024

---

### Tracking History ⌃

**May 29, 2018, 3:20 pm**
Delivered, Left with Individual
PLANO, TX 75024
Your item was delivered to an individual at the address at 3:20 pm on May 29, 2018 in PLANO, TX 75024.

**May 29, 2018**
In Transit to Next Facility

**May 28, 2018**
In Transit to Next Facility

**May 27, 2018**
In Transit to Next Facility

**May 26, 2018, 8:31 am**
Departed USPS Regional Destination Facility

USPS.com® - USPS Tracking® Results

COPPELL TX DISTRIBUTION CENTER

**May 25, 2018**
In Transit to Next Facility

**May 24, 2018, 8:11 am**
Arrived at USPS Regional Destination Facility
COPPELL TX DISTRIBUTION CENTER

**May 23, 2018**
In Transit to Next Facility

**May 22, 2018**
In Transit to Next Facility

**May 21, 2018, 8:59 pm**
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**May 21, 2018, 11:56 am**
USPS in possession of item
PHILADELPHIA, PA 19102

---

## Product Information     ∧

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | **See tracking for related item: 9590940234967275100871** (/go/TrackConfirmAction?tLabels=9590940234967275100871) |
|---|---|---|

---

See Less ∧

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF EASTERN PENNSYLVANIA
600 ARCH STREET
PHILADELPHIA, PENNSYLVANIA 19106

## CERTIFICATE AND NOTICE OF SERVICE

Date: May 17th, 2018

This is to hereby certify and return that I have personally served or legal evidence of service (USM 285) executed on the attached Defendant(s), individual(s), corporation(s), entitie(s) at the address inserted below as shown on file.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

To:     Josh Shapiro                    Certified Mail No: 7017·3040·0000·9713·0257
        Attorney General                        -18    DATE 5/17/2018
        Pennsylvania State                             SERVED
        16TH Floor
        Strawberry Square
        Harrisburg, PA  17120
        Attn: Josh Shapiro

To:     Patrick Harker                   Certified Mail No: 7017 3040 0000 ·9713·0831
        Federal Reserve Bank–Philadelphia       1st  DATE 5/21/2018
        10 Independence Mall                          SERVED
        Philadelphia, PA 19106
        Attn: Patrick Harker                                          DATE 5/24/18
                                          Matthew   7017 3040 0000 9712·5448
To:     Matthew Brushwood, A310592        Certified Mail No:
        Attorney                           1st DATE  Francis  7017 3040 0000 9712 5455
        Phelan Hallinan Diamond & Jones   5/24/
        1617 JFK Blvd, Suite 1400
        Philadelphia, PA  19103
        Attn: Francis Hallinan                      Jewel    DATE 5/18/2018
                                          Certified Mail No: 7017·3040·0000·9713·0725
To:     Jewell Williams, dba
        Philadelphia County Sheriff            Joseph - 7017 3040·0000·9713·0718
        200 South Broad Street, 5th Floor
        Philadelphia, PA  19110
        Attn: Joseph Vignola                 1st  DATE: 5/18/2018
                                                  SERVED

To:   Robert El'fant
      PA Broker
      El'fant Wissahickon Reality
      7112 Germantown Avenue
      Philadelphia, PA   19119
      Attn: Robert El'Fant

Certified Mail No: 1017 3040 0000 9713 0855

1st DATE 5/24/18 SERVED

To:   James Leonard, dba
      Philadelphia County Recorder
      City Hall, room 154
      Philadelphia, PA   19103
      Attn: James Leonard

Certified Mail No: 1017 3040 0000 9713 0862

1st DATE 5/29/2018 SERVED

To:   Ben Carson
      Commissioner
      U.S. Department of H.U.D
      451 7th Street, S.W.
      Washington, D.C.   20410
      Attn: Single Family Division Director-Phila

Certified Mail No: 1017 3040 0000 9713 0817

1st DATE 5/21/18 SERVED

1st DATE 5/29/2018 SERVED

Steve

To:   Steve Wulko, dba
      Court of Common Pleas Administrator
      100 South Broad Street
      City Hall, Room 296
      Philadelphia, PA   19103
      Attn: Joseph Evers

Certified Mail No: 1017 3040 0000 9713 0879

Joseph

1017 3040 0000 9713 0886

1st DATE 5/29/2018 SERVED

To:   JAMES PATTERSON, S dba
      Interloper
      110 West Godfrey Avenue
      Philadelphia, PA   19102
      Attn: Patterson, James Jr.

Certified Mail No: HAND DELIVER

To:   Blessed Rudolph, dba
      FRB- PHILA, dba
      BANK OF AMERICA, N.A.
      7105 Corporate Drive
      Plano, Texas 75024
      Attn: Rudolph, Blessed-CFO

Certified Mail No: 1017 3040 0000 9713 08

1st DATE 5/21/18 SERVED

Date: May 17th, 2018

Registered Holder, Assignor