# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRUTH, Kim<br>Beneficiary<br><br>**Correspondent**<br><br>v<br><br><br>STATE OF PENNSYLVANIA<br>JOSH SHAPIRO dba Acting<br>ATTORNEY GENERAL<br>**MUNICIPAL CORPORATION** etals<br><br>Defendant(s) | C.R.I.S. # 1709-01977<br>Term 2017<br>OPA No. 611282800<br>**Book # 529 page 578 & C**<br>DOC. ID # 50175718<br>DATED  8/31/2000<br>**RECORDED 11/24/2000**<br><br><br>**ORDER**<br><br>**REDEMPTION UNDER EQUITY** |

**TO THE CLERK OF COURT**

*Equity shall not allow A Trust to fail for want of a Trustee*

## ORDER

　　　　**AND NOW, THIS** _____ day of _____, 2018, upon consideration of the following

　　　　**WHEREAS**, On 08/31/2000 **KIM DANIELLE CARRUTH**, a Private American National aka Only Real Party in interest being harmed, executed and delivered a *security note* upon the premises [**EXHIBIT A**]hereinafter described to PNC BANK, N.A., which received full consideration under lawful contract and under the covenant, no parts of **the** original security instrument, **hereinafter described** as the **NOTE** may **NOT** be assumed without the written consent of the borrower; this shall constitute NO COUNTY, NO SHERIFF or CORPORATE BODY-

POLITIC or INTERLOPERS hereinafter named **PATTERSON** etc; *EQUITY REGARDS THE BENEFICIARY AS THE REAL OWNER.*

**WHEREAS**, I am the Beneficiary, conveyed, assigned, pledged its security and settled a deed of trust, dated 8/31/2000 on Book (VSC) 529 page 578 + C in the County of Philadelphia; which was recorded under 50175718 and 50175719; being Account No. 61-1-2828-00; being Registry No. 139 N 6-310 tied to premises in care 108 West Godfrey Avenue- 19102; *Equity will not perfect an imperfect Gift.*

**WHEREAS**, the Defendant(s), attached to this matter, is ONE Alien Custodian, Josh Shapiro dba Attorney General for and on behalf of the State of PENNSYLVANIA, etals are *all* subject to a fraudulent transfer of "real property" from a Trust; conspired to annex the Estate of CARRUTH to the COUNTY OF PHILADELPHIA for pecuniary gain; *Superior Equity shall always prevail. Where there are equal equities The Law shall prevail, otherwise Priority shall prevail.*

**WHEREFORE and IN WITNESS WHEREOF,** Plaintiff, properly served and provided sufficient service to all parties as required. See **Exhibit [B]**...*Equity will not suffer a double satisfaction to be taken.*

## DISCOVERY CONTROL PLAN

**ORDERED** that Plaintiff will conduct discovery under FRCP Rule 26(a)(1) and FRCP Rule 26(c)(A). *Equity follows the Law............Equity wishes by all means to arrive at the TRUTH.*

## RELIEF UNDER EQUITY

**ORDERED** that a full accounting of the matter including but not limited to all proceeds, rents, issues, be accounted for and non-commingled and that a fiduciary be appointed for the CARRUTH life estate in those assets, that the Trustee and co-trustee of the TRUST established, settle and close this matter and a permanent EQUITTABLE ESTOPPLE be **GRANTED** against any and all non-bona fide parties. *EQUITY SHALL NOT SUFFER A WRONG TO BE WITHOUT A REMEDY.*

*EQUITY WILL UNDO WHAT FRAUD HAS DONE.*

*EQUITY FAVORS THE REDEMPTION OF A THING GIVEN IN PAWN.*

BY THE COURT:

_____
C. DARNELL JONES, II, J.