**AMENDED CERTIFICATE OF SERVICE**

I, Kori Connelly, hereby certify that the foregoing Defendant's Motion to Dismiss the Complaint has been filed electronically on August 3, 2018, is available for viewing and downloading from the Court's Electronic Case Filing system, and was served on August 3, 2018 upon the Plaintiff, via First Class Mail, at the following address:

**Kim Carruth**
108 W. Godfrey Avenue
Philadelphia, PA 19120

By:   /s/ **Kori A. Connelly**
Kori Ann Connelly, Esquire
PA Attorney No. 85633
Federal Reserve Bank of Philadelphia
Ten Independence Mall
Philadelphia, PA 19106
(215) 574-6000
Kori.connelly@phil.frb.org
*Attorney for Defendant,*
*Federal Reserve Bank of Philadelphia*

Dated: August 14, 2018