# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

18cv2061

| | |
|---|---|
| CARRUTH, Kim<br>Beneficiary<br><br>**Correspondent**<br><br>V.<br><br><br>STATE OF PENNSYLVANIA<br>JOSH SHAPIRO dba Acting<br>ATTORNEY GENERAL<br>**MUNICIPAL CORPORATION** etals<br><br>Defendant(s) | C.R.I.S. # 1709-01977<br>Term 2017<br>OPA No. 611282800<br>**Book # 529 page 578 & C**<br>DOC. ID # 50175718<br>DATED 8/31/2000<br>**RECORDED 11/24/2000**<br><br>**MOTION FOR DEFAULT**<br><br>REDEMPTION UNDER EQUITY<br><br>*Equity shall not allow A Trust to fail for want of a Trustee* |

## MOTION FOR DEFAULT

### TO THE CLERK OF THE DISTRICT COURT

**PLEASE ENTER A DEFAULT AGAINST DEFENDANTS WHO HAS FAILED TO RESPOND TO THE CLAIM**

    I certify that a copy of this document was mailed to the following Defendants listed below on August 24th, 2018

/S/ *Carruth, Kim*

*Carruth, Kim, Beneficiary*
c/o 108 Godfrey Avenue
Pennsylvania 19120

BY THE COURT:
_____
C. DARNELL JONES, II, J.

Commonwealth of Pennsylvania - Notary Seal
FELICIA F. ANDERSON, Notary Public
Philadelphia County
My Commission Expires July 13, 2022
Commission Number 1284204

Felicia F. A____  8/24/2018

1 | P a g e

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# CERTIFICATE AND NOTICE OF SERVICE

Date: August 24th, 2018

This is to hereby certify and return that Defendants were served or legal evidence of service (USM 285) executed on the attached Defendant(s), individual(s), corporation(s), entitie(s) at the address inserted below as shown on file.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

To:   Josh Shapiro                              Certified Mail No: _____
      Attorney General
      Pennsylvania State
      16TH Floor
      Strawberry Square
      Harrisburg, PA  17120
      Attn: Josh Shapiro

To:   Patrick Harker                            Certified Mail No: _____
      Federal Reserve Bank- Philadelphia
      10 Independence Mall
      Philadelphia, PA 19106
      Attn: Patrick Harker

To:   Matthew Brushwood, A310592                Certified Mail No: _____
      Attorney
      Phelan Hallinan Diamond & Jones
      1617 JFK Blvd, Suite 1400
      Philadelphia, PA  19103
      Attn: Francis Hallinan

To:   Jewell Williams, dba                      Certified Mail No: _____
      Philadelphia County Sheriff
      200 South Broad Street, 5th Floor
      Philadelphia, PA  19110
      Attn: Joseph Vignola

To:   Robert El'fant                            Certified Mail No: _____
      PA Broker
      El'fant Wissahickon Reality
      7112 Germantown Avenue
      Philadelphia, PA  19119
      Attn: Robert El'Fant

1 | P a g e

To: James Leonard, dba  
Philadelphia County Recorder  
City Hall, room 154  
Philadelphia, PA 19103  
Attn: James Leonard

Certified Mail No: _____

To: Ben Carson  
Commissioner  
U.S. Department of H.U.D  
451 7th Street, S.W.  
Washington, D.C. 20410  
Attn: Single Family Division Director-Phila

Certified Mail No: _____

To: Steve Wulko, dba  
Court of Common Pleas Administrator  
100 South Broad Street  
City Hall, Room 296  
Philadelphia, PA 19103  
Attn: Joseph Evers

Certified Mail No: _____

To: JAMES PATTERSON, S dba  
Interloper  
110 West Godfrey Avenue  
Philadelphia, PA 19102  
Attn: Leonard, James Jr.

Certified Mail No: _____

To: Blessed Rudolph, dba  
FRB- PHILA, dba  
BANK OF AMERICA, N.A.  
7105 Corporate Drive  
Plano, Texas 75024  
Attn: Rudolph, Blessed-CFO

Certified Mail No: _____

Date: 8/24/2018

/S/ *Carruth, Kimi*  
Registered Holder, Assignor

Notary and SEAL

Notary: *Felicia F. A____* Date: 8/24/2018

Commonwealth of Pennsylvania - Notary Seal  
FELICIA F. ANDERSON, Notary Public  
Philadelphia County  
My Commission Expires July 13, 2022  
Commission Number 1284204

2 | P a g e