# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carruth, Kim<br>Beneficiary/Petitioner<br><br>**Correspondent**<br><br>v<br><br><br>STATE OF PENNSYLVANIA<br><br>Respondent(s) | CAUSE No. 2:18-cv-02061-CDJ<br><br>C.R.I.S. # 1709-01977<br>Term 2017<br>OPA No. 611282800<br>**Book # 529 page 578 & C**<br>DOC ID # 50175718<br>DATED 8/31/2000<br>**RECORDED 11/24/2000**<br><br>**NOTICE OF AMENDMENT**<br><br>REDEMPTION UNDER EQUITY<br><br>*Equity shall not allow A Trust to fail for want of a Trustee* |

## AMENDMENT FOR THE RECORD

**TO THE CLERK OF THE DISTRICT COURT**

**PLEASE ENTER THE FOLLOWING AMENDMENT(s)**

1. The Petitioner/Beneficiary/Correspondent shall be recognized as Carruth, Kim {a natural person} and not CARRUTH (18030047200012) or Plaintiff.

2. The Petitioner hereby join the INTERNAL REVENUE SERVICE, Commissioner as Respondent at the discretion of beneficiary's full accounting under discovery.

3. All DEFENDANT(s) shall here and NOW be referred to as Respondent(s).

   I certify that a copy of this NOTICE was mailed to the following Respondents listed below on:

August 28th 2018

/s/ *Carruth, Kim*

Carruth, Kim, Beneficiary
c/o 108 Godfrey Avenue
Pennsylvania 19120

BY THE COURT:

_____
C. DARNELL JONES, II, J.

1 | Page

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

## CERTIFICATE AND NOTICE OF SERVICE

CAUSE No. 2:18-cv-02061-CDJ

Date: August 28th, 2018

This is to hereby certify and return that Respondents were served or legal evidence of service (USM 285) executed on the attached Respondent(s), individual(s), corporation(s), entitie(s) at the address inserted below as shown on file.

### Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent

To:  Honorable, John Koskinen
     Commissioner,
     Internal Revenue Service
     1111 Constitution Avenue, NW
     Washington, DC 20224
     Attn: John Koskinen

Certified Mail No: _____

To:  Josh Shapiro
     Attorney General
     Pennsylvania State
     16TH Floor
     Strawberry Square
     Harrisburg, PA  17120
     Attn: Josh Shapiro

Certified Mail No: _____

To:  Patrick Harker
     Federal Reserve Bank- Philadelphia
     10 Independence Mall
     Philadelphia, PA 19106
     Attn: Patrick Harker

Certified Mail No:_____

To:  Matthew Brushwood, A310592
     Attorney
     Phelan Hallinan Diamond & Jones
     1617 JFK Blvd, Suite 1400
     Philadelphia, PA  19103
     Attn: Francis Hallinan

Certified Mail No:_____

To:  Jewell Williams, dba
     Philadelphia County Sheriff
     100 South Broad Street, 5th Floor

Certified Mail No: _____

1 | Page

       Philadelphia, PA  19110
       Attn: Joseph Vignola

To:   Robert El'fant                       Certified Mail No: _____
       PA Broker
       El'fant Wissahickon Reality
       7112 Germantown Avenue
       Philadelphia, PA  19119
         Attn: Robert El'Fant

To:   James Leonard, dba                Certified Mail No: _____
       Philadelphia County Recorder
       City Hall, room 154
       Philadelphia, PA  19103
         Attn: James Leonard

To:   Ben Carson                         Certified Mail No: _____
       Commissioner
       U.S. Department of H.U.D
       451 7th Street, S.W.
       Washington, D.C.  20410
         Attn: Single Family Division Director-Phila

To:   Steve Wulko, dba                 Certified Mail No: _____
       Court of Common Pleas Administrator
       100 South Broad Street
       City Hall, Room 296
       Philadelphia, PA  19103
         Attn: Joseph Evers

To:   JAMES PATTERSON, S dba       Certified Mail No: _____
       Interloper
       110 West Godfrey Avenue
       Philadelphia, PA  19102
         Attn: Leonard, James Jr.

To:   Blessed Rudolph, dba             Certified Mail No: _____
       FRB- PHILA, dba
       BANK OF AMERICA, N.A.
       7105 Corporate Drive
       Plano, Texas 75024
         Attn: Rudolph, Blessed-CFO

       Date: August 28th, 2018   /s/: Carruth, Kim
                                              Carruth, Kim, *Correspondent*