# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Carruth, Kim
Beneficiary/Petitioner

Correspondent

v

STATE OF PENNSYLVANIA

Respondent(s)

CAUSE No. 2:18-cv-02061-CDJ

C.R.I.S. # 1709-01977
Term 2017
OPA No. 611282800
Book # 529 page 578 & C
DOC ID # 50175718
DATED 8/31/2000
RECORDED 11/24/2000

## NOTICE OF AMENDMENT

REDEMPTION UNDER EQUITY

*Equity shall not allow A Trust to fail for want of a Trustee*

## AMENDMENT FOR THE RECORD

### TO THE CLERK OF THE DISTRICT COURT

PLEASE ENTER THE FOLLOWING AMENDMENT(s)

1. The Petitioner/Beneficiary/Correspondent shall be recognized as Carruth, Kim {a natural person} and not CARRUTH (18030047200012) or Plaintiff.

2. The Petitioner hereby join the INTERNAL REVENUE SERVICE, Commissioner as Respondent at the discretion of beneficiary's full accounting under discovery.

3. All DEFENDANT(s) shall here and NOW be referred to as Respondent(s).

I certify that a copy of this NOTICE was mailed to the following Respondents listed below on:

August 28th 2018
/S/ Carruth, Kim
Carruth, Kim, Beneficiary
c/o 108 Godfrey Avenue
Pennsylvania 19120

BY THE COURT:

_____
C. DARNELL JONES, II, J.

1 | Page

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## CERTIFICATE AND NOTICE OF SERVICE

CAUSE No. 2:18-cv-02061-CDJ

Date. August 28th, 2018

This is to hereby certify and return that Respondents were served or legal evidence of service (USM 285) executed on the attached Respondent(s), individual(s), corporation(s), entitie(s) at the address inserted below as shown on file

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

To:  Honorable, John Koskinen          Certified Mail No: _____
     Commissioner,
     Internal Revenue Service
     1111 Constitution Avenue, NW
     Washington, DC 20224
     Attn: John Koskinen

To:  Josh Shapiro                     Certified Mail No: _____
     Attorney General
     Pennsylvania State
     16TH Floor
     Strawberry Square
     Harrisburg, PA 17120
     Attn. Josh Shapiro

To:  Patrick Harker                   Certified Mail No: _____
     Federal Reserve Bank- Philadelphia
     10 Independence Mall
     Philadelphia, PA 19106
     Attn: Patrick Harker

To.  Matthew Brushwood, A310592       Certified Mail No: _____
     Attorney
     Phelan Hallinan Diamond & Jones
     1617 JFK Blvd, Suite 1400
     Philadelphia, PA 19103
     Attn: Francis Hallinan

To:  Jewell Williams, dba             Certified Mail No: _____
     Philadelphia County Sheriff
     100 South Broad Street, 5th Floor

1 | Page

Philadelphia, PA  19110
Attn: Joseph Vignola

To: Robert El'fant                                             Certified Mail No: _____
    PA Broker
    El'fant Wissahickon Reality
    7112 Germantown Avenue
    Philadelphia, PA  19119
    Attn: Robert El'Fant

To  James Leonard, dba                                         Certified Mail No: _____
    Philadelphia County Recorder
    City Hall, room 154
    Philadelphia, PA  19103
    Attn. James Leonard

To: Ben Carson                                                 Certified Mail No: _____
    Commissioner
    U.S. Department of H.U.D
    451 7th Street, S.W.
    Washington, D.C.  20410
    Attn: Single Family Division Director-Phila

To: Steve Wulko, dba                                           Certified Mail No: _____
    Court of Common Pleas Administrator
    100 South Broad Street
    City Hall, Room 296
    Philadelphia, PA  19103
    Attn: Joseph Evers

To: JAMES PATTERSON, S dba                                     Certified Mail No: _____
    Interloper
    110 West Godfrey Avenue
    Philadelphia, PA  19102
    Attn: Leonard, James Jr.

To: Blessed Rudolph, dba                                       Certified Mail No: _____
    FRB- PHILA, dba
    BANK OF AMERICA, N.A.
    7105 Corporate Drive
    Plano, Texas 75024
    Attn Rudolph, Blessed-CFO

Date: August 28th, 2018    /s/: Carruth, Kim
                                Carruth, Kim, *Correspondent*

2 | Page