

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**
Ex rel Carruth, Kim
Claimant

v

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

Respondents(s)

**FILED**

SEP 2 4 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

**CAUSE # 2:18-cv-02061-CDJ**

C.R.I.S. # 1709-01977
Term 2017
OPA No. 611282800
DOC ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

**NOTICE OF LIABILITY**

Equity Jurisdiction

DEMAND TO SEAL RECORD

CONFIDENTIAL-
REQUEST EQUITY IN CHAMBERS

## MOTION FOR DEFAULT JUDGMENT

**Honorable C. Darnell Jones**                                              **September 19, 2018**

**AND NOW, THIS ___ day of _____, 2018,** Kim is here on and under equity jurisdiction and as a
Special matter of interest to her security note; this claim is once again before this Court of Chancery on cross
Motion for Default Judgment, according to the rule, and a matter of law, in this Court, "*When a party
against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that
failure is shown by affidavit or otherwise, the clerk must enter the party's default.*" Claimant's Certificate of
Service, with supporting Affidavit will serve that clear notice was served against all Respondent(s), it circled
the wagon twice, annexed as [**Exhibit A-A1**]. On or about **May 17th, 2018**, claimant filed initial lawful claim
and Respondent(s) failed to answer by **July 17th, 2018, which provided a [60] sixty-day window**. The
earliest response was received by August 3rd, 2018 which supports claimant's motion for DEFAULT
JUDGMENT.

Claimant re-inserts the original lawful claim in forward thinking statements to this honorable court and will
not use cautious language.  Respondent(s) will *not* have a second bite at the apple. **For the Facts** and claim
set forth below, Claimant's Amended Motion for Default Judgment shall be **GRANTED** in part and
Respondent(s) request for additional time denied in its entirety.

## AMENDMENTS

**FOR THE RECORD,** this and all future filing(s) in this Court of Chancery and all future recordings under EQUITY will reflect the Plaintiff referred to as "Claimant" and Defendant(s) referred to as "Respondent(s)". This Court will correct the caption styled from KIM DANIELLE CARRUTH to reflect that of Kim Carruth; annexed as [**Exhibit B-B**].

Claimant attached a **NOTICE OF LIABILITY** in and on this matter for all public servant(s), official(s) and officer(s) of this court for the C.R.I.S account disguised as cause, case or docket # **2:18-cv-02061-CDJ**

### Respondent(s) that are not Liable

1. Josh Shapiro dba Attorney General of Pennsylvania is not a liable party and has direct oversight over Respondent(s) whom are liable for damages and injuries that occurred against Claimant in this instant action.

2. Peter Harker dba President for and on behalf of the Federal Reserve Bank of Philadelphia is not a liable party and has direct oversight over Respondent(s) whom are liable for damages and injuries in this instant action.

3. Ben Carson dba Secretary for and on behalf of the Housing and Urban Development -united States of America is not a liable party and has direct oversight over Respondent(s) whom are liable for damages and injuries that occurred against Claimant in this instant action.

4. John Koskinen dba Commissioner for and on behalf of the Internal Revenue Service is not a liable party and has direct knowledge and oversight and *accounting* over Claimant's "*original security note*" whom are liable for damages and injuries that occurred against Claimant in this instant action.

### Respondent(s) that are Liable

5. Blessed Rudolph dba Comptroller in and on behalf of BANK OF AMERICA, etals are liable Respondent with direct involvement for damages and injuries that Claimant sustained in this instant action.

6. James Patterson, Senior is a liable Respondent with direct involvement for damages and injuries that Claimant sustained in this instant action.

7. Steve Wulko dba Deputy Director is a liable Respondent with direct involvement for damages and injuries that Claimant sustained in this instant action.

8. James Leonard dba County Recorder is a liable Respondent with direct involvement for damages and injuries that Claimant sustained in this instant action.

9. Robert El'fant dba Wissahickon Reality is a liable Respondent with direct involvement for damages and injuries that Claimant sustained in this instant action.

10. Matthew Brushwood dba Phelan Hallinan Diamond and Jones LLC is a liable Respondent with direct involvement for damages and injuries that Claimant sustained in this instant action.

11. Jewel Williams dba Sheriff in and for the County of Philadelphia is a liable Respondent with direct involvement for damages and injuries that Claimant sustained in this instant action.

## AFFIDAVIT OF STATEMENT OF CLAIM

*I.*        **WHEREAS**, on 08/31/2000, Kim, a Private American National aka settler to her original security note, delivered the original *security note* under contract to **PNC BANK** hereinafter described to PNC BANK, N.A., no parts of **the** original security instrument, **hereinafter described** as the **ORIGINAL NOTE** is to be assumed or assigned without the written consent of Kim Carruth.

*II.*       **WHEREAS**, Kim as the Claimant, conveyed, assigned, pledged the security note and settled a deed of trust, dated 8/31/2000 on Book (VSC) 529 page 578 + C in the County of Philadelphia; which was recorded under 50175718 and 50175719; being Account No. 61-1-2828-00; being Registry No. 139 N 6-310 tied to the premises, 108 West Godfrey Avenue- 19102; *Equity will not perfect an imperfect Gift.*

*III.*      **WHEREAS**, Claimant tender payment to Blessed Rudolph dba Comptroller for and on behalf of BANK OF AMERICA, who *alleged* collection, assignment and servicing duties for PNC BANK.

*IV.*       **WHEREAS**, Blessed Rudolph dba Comptroller for and on behalf of BANK OF AMERICA refused tender of payment.

   ❖ NOTE: Respondent(s) must provide rebuttal to above Affidavit under Oath of Office and Affidavit

Date: _September 19th, 2018_                    By: _Carruth, Kim_

### INJURY(s) AND DAMAGE(s) TO CLAIMANT- [Title 18 USC]

1. **COUNT 1**

   FOR THE RECORD, **and** always Respondent(s) *colluded* and *conspired* and usurped claimant's "original security note" for an unjust enrichment;

2. **COUNT 2**

   FOR THE RECORD, **and** always Respondent(s) *forged* and *altered* and used claimant's "original security note" for an unjust enrichment and to annexed claimant's real property to another;

3. **COUNT 3**

   FOR THE RECORD, **and** always Respondent(s) "*slandered claimant's title*" by using claimant's "original security note" for an unjust enrichment and to annexed claimant's real property to another;

4. **COUNT 4**

   FOR THE RECORD, **and** always Respondent(s) committed "*theft by deception*" by using claimant's "original security note" for an unjust enrichment and to annexed claimant's real property to another;

5. **COUNT 5**

   FOR THE RECORD, **and** always Respondent(s) "*lacked standing*" to claimant's "original security note" for an unjust enrichment and to annexed claimant's real property to another;

6. **COUNT 6**

   FOR THE RECORD, **and** always Respondent(s) "*lacked a right and interest*" to claimant's "original security note";

7.   **COUNT 7**

FOR THE RECORD, **and** always Respondent(s) "*deprived*" claimants of her constitutional and

natural rights to life, liberty and property;

## RELIEF SOUGHT UNDER EQUITY

1.   Claimant is entitled to the exclusive possession of the property;

2.   Claimant is entitled to peaceable possession of the property;

3.   Claimant is entitled to Declaratory Relief including but not limited to the Decrees of this Court

of Chancery that;

a.   Claimant is the prevailing party;

b.   Respondent(s) has no enforceable secured or unsecured claim against property;

c.   Respondent- [BANK OF AMERICA] shall pay all fees associated with transfer cost;

d.   This Court of Chancery shall SEAL record.

e.   This Court of Chancery shall allow for punitive, general, special and compensatory damages

as allowed by law.

*Superior Equity shall always prevail. Where there are equal equities The Law shall prevail, otherwise*
*Priority shall prevail.*

*Equity will not suffer a double satisfaction to be taken.*

*Equity follows the Law………. Equity wishes to arrive at the TRUTH:*

Date: _Sptember 19th, 2018_              By: _Appeath, Kim_

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**
Ex rel Carruth, Kim
Claimant

v

STATE OF PENNSYLVANIA
JOSH SHAPIRO dba Acting
ATTORNEY GENERAL
**MUNICIPAL CORPORATION** etals

Respondents(s)

**CAUSE # 2:18-cv-02061-CDJ**

C.R.I.S. # 1709-01977
Term 2017
OPA No. 611282800
DOC. ID # 50175718
DATED 8/31/2000
**RECORDED 11/24/2000**

## ORDER

CONFIDENTIAL-
REQUEST EQUITY IN CHAMBERS

## ORDER

***AND NOW***, this ___TH ____ day of ____SEPTEMBER _____, 2018 upon
consideration of Claimant's claim and support thereof, and upon consideration of
the above reasons presented, the Court determines Claimant's request is
GRANTED as a matter of law, and it is hereby:

ORDERED and DECREED that action is entered in favor of Claimant of
Record, et al

*EQUITY SHALL NOT SUFFER A WRONG TO BE WITHOUT A REMEDY.*

*EQUITY WILL UNDO WHAT FRAUD HAS DONE.*

*EQUITY FAVORS THE REDEMPTION OF A THING GIVEN IN PAWN.*

**BY THE COURT:**

_____
**Honorable, C. DARNELL JONES, II, J.**

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF EASTERN PENNSYLVANIA**
**600 ARCH STREET**
**PHILADELPHIA, PENNSYLVANIA 19106**

# CERTIFICATE AND NOTICE OF SERVICE

Date: September___, 2018

This is to hereby certify and return that I have personally served or legal evidence of service (USM 285) executed on the attached Defendant(s), individual(s), corporation(s), entitie(s) at the address inserted below as shown on file.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

To:   Josh Shapiro                      Certified Mail No: _____
      Attorney General
      Pennsylvania State
      16TH Floor
      Strawberry Square
      Harrisburg, PA   17120
      Attn: Josh Shapiro

To:   Patrick Harker                    Certified Mail No: _____
      Federal Reserve Bank- Philadelphia
      10 Independence Mall
      Philadelphia, PA 19106
      Attn: Patrick Harker

To:   Matthew Brushwood, A310592        Certified Mail No:_____ _____
      Attorney
      Phelan Hallinan Diamond & Jones
      1617 JFK Blvd, Suite 1400
      Philadelphia, PA   19103
      Attn: Francis Hallinan

To:   Jewell Williams, dba             Certified Mail No: _____ _____ __
      Philadelphia County Sheriff
      200 South Broad Street, 5th Floor
      Philadelphia, PA   19110
      Attn: Joseph Vignola

To:    Robert El'fant                         Certified Mail No: _____ __ _____
        PA Broker
        El'fant Wissahickon Reality
        7112 Germantown Avenue
        Philadelphia, PA   19119
        Attn: Robert El'Fant

To:    James Leonard, dba               Certified Mail No: _____ _____
        Philadelphia County Recorder
        City Hall, room 154
        Philadelphia, PA   19103
        Attn: James Leonard

To:    Ben Carson                   Certified Mail No: ___ _____ _____.
        Commissioner
        U.S. Department of H.U.D
        451 7th Street, S.W.
        Washington, D.C.   20410
        Attn: Single Family Division Director-Phila

To:    Steve Wulko, dba             Certified Mail No: _____
        Court of Common Pleas Administrator
        100 South Broad Street
        City Hall, Room 296
        Philadelphia, PA   19103
        Attn: Joseph Evers

To:    JAMES PATTERSON, S dba     Certified Mail No: _____ _____
        Interloper
        110 West Godfrey Avenue
        Philadelphia, PA   19120
        Attn: Leonard, James Jr.

To:    Blessed Rudolph, dba         Certified Mail No: _____
        FRB- PHILA, dba
        BANK OF AMERICA, N.A.
        7105 Corporate Drive
        Plano, Texas 75024
        Attn: Rudolph, Blessed-CFO

Date: *September 19th, 2018*    /s/ *Carruth, Kim*
                                      Registered Holder, Assignor





# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF EASTERN PENNSYLVANIA
### 600 ARCH STREET
### PHILADELPHIA, PENNSYLVANIA 19106

## CERTIFICATE AND NOTICE OF SERVICE

Date: May 17th, 2018

This is to hereby certify and return that I have personally served or legal evidence of service
(USM 285) executed on the attached Defendant(s), individual(s), corporation(s), entitie(s) at the
address inserted below as shown on file.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

To:     Josh Shapiro                     Certified Mail No: 7017 3040 0000 9113 0257
        Attorney General                 1st  DATE 5/17/2018
        Pennsylvania State                    (SERVED)
        16TH Floor
        Strawberry Square
        Harrisburg, PA 17120
        Attn: Josh Shapiro

To:     Patrick Harker                   Certified Mail No: 7017 3040 0000 9113 0831
        Federal Reserve Bank- Philadelphia  1st DATE 5/21/2018
        10 Independence Mall                 (SERVED)
        Philadelphia, PA 19106                          DATE: 5/24/18
        Attn: Patrick Harker             Matthew  7017 3040 0000 9113 5448

To:     Matthew Brushwood, A310592       Certified Mail No: 7017 3040 0000 9113 5448
        Attorney                         1st DATE & Francis  7017 3040 0000 9113 5455
        Phelan Hallinan Diamond & Jones   5/24
        1617 JFK Blvd, Suite 1400
        Philadelphia, PA 19103                 Jewel   DATE: 5/18/2018
        Attn: Francis Hallinan                       7017 3040 0000 9113 0725

To:     Jewell Williams, dba             Certified Mail No: 7017 3040 0000 9113 0725
        Philadelphia County Sheriff
        200 South Broad Street, 5th Floor       Joseph - 7017 3040 0000 9113 0718
        Philadelphia, PA 19110
        Attn: Joseph Vignola             1st  DATE - 5/18/2018
                                              (SERVED)

To:   Robert El'fant
      PA Broker
      El'fant Wissahickon Reality
      7112 Germantown Avenue
      Philadelphia, PA  19119
      Attn: Robert El'Fant

Certified Mail No: *1017 3040 0000 9713 0855*

*1st DATE 5/24/18 SERVED*

To:   James Leonard, dba
      Philadelphia County Recorder
      City Hall, room 154
      Philadelphia, PA  19103
      Attn: James Leonard

Certified Mail No: *1017 3040 0000 9713 0869*

*1st DATE 5/29/2018 SERVED*

To:   Ben Carson
      Commissioner
      U.S. Department of H.U.D
      451 7th Street, S.W.
      Washington, D.C.  20410
      Attn: Single Family Division Director-Phila

Certified Mail No: *1017 3040 0000 9713 0817*

*1st DATE 5/21/18 SERVED*

*Steve*   *1st DATE 5/29/2018 serve*

To:   Steve Wulko, dba
      Court of Common Pleas Administrator
      100 South Broad Street
      City Hall, Room 296
      Philadelphia, PA  19103
      Attn: Joseph Evers

Certified Mail No: *1017 3040 0000 9713 0879*

*Joseph*   *1017 3040 0000 9713 0886*

*1st DATE 5/29/2018 SERVED*

To:   JAMES PATTERSON, S dba
      Interloper
      110 West Godfrey Avenue
      Philadelphia, PA  19102
      Attn: Patterson, James Jr.

Certified Mail No: _____ *HAND DELIVERE*

To:   Blessed Rudolph, dba
      FRB- PHILA, dba
      BANK OF AMERICA, N.A.
      7105 Corporate Drive
      Plano, Texas 75024
      Attn: Rudolph, Blessed-CFO

Certified Mail No: *1017 3040 0000 9713 08__*

*1st DATE 5/21/18 SERVED*

Date: _May 17th, 2018_

_Registered Holder, Assignor_   *@LS*



## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

## CERTIFICATE AND NOTICE OF SERVICE

Date: July 16th, 2018

This is to hereby certify and return that I have personally served or legal evidence of service (USM 285) executed on the attached Defendant(s), individual(s), corporation(s), entitie(s) at the address inserted below as shown on file.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

To:     Josh Shapiro                    Certified Mail No: _SEE ATTACH_ .
        Attorney General
        Pennsylvania State
        16TH Floor
        Strawberry Square
        Harrisburg, PA   17120
        Attn: Josh Shapiro

To:     Patrick Harker                  Certified Mail No: _____
        Federal Reserve Bank- Philadelphia
        10 Independence Mall
        Philadelphia, PA 19106
        Attn: Patrick Harker

To:     Matthew Brushwood, A310592      Certified Mail No:_____
        Attorney
        Phelan Hallinan Diamond & Jones
        1617 JFK Blvd, Suite 1400
        Philadelphia, PA   19103
        Attn: Francis Hallinan

To:     Jewell Williams, dba            Certified Mail No: _____
        Philadelphia County Sheriff
        200 South Broad Street, 5th Floor
        Philadelphia, PA   19110
        Attn: Joseph Vignola

To:     Robert El'fant                  Certified Mail No: _____
        PA Broker
        El'fant Wissahickon Reality
        7112 Germantown Avenue
        Philadelphia, PA   19119
        Attn: Robert El'Fant

1 | P a g e

To:   James Leonard, dba                    Certified Mail No: _SEE ATTACH_
      Philadelphia County Recorder
      City Hall, room 154
      Philadelphia, PA   19103
      Attn: James Leonard

To:   Ben Carson                            Certified Mail No: _____
      Commissioner
      U.S. Department of H.U.D
      451 7th Street, S.W.
      Washington, D.C.   20410
      Attn: Single Family Division Director-Phila

To:   Steve Wulko, dba                      Certified Mail No: _____
      Court of Common Pleas Administrator
      100 South Broad Street
      City Hall, Room 296
      Philadelphia, PA   19103
      Attn: Joseph Evers

To:   JAMES PATTERSON, S dba                Certified Mail No: _HAND DELIVERED)_
      Interloper
      110 West Godfrey Avenue
      Philadelphia, PA   19102
      Attn: Leonard, James Jr.

To:   Blessed Rudolph, dba                  Certified Mail No: _SEE ATTACH_
      FRB- PHILA, dba
      BANK OF AMERICA, N.A.
      7105 Corporate Drive
      Plano, Texas 75024
      Attn: Rudolph, Blessed-CFO

      Date: __ _____            /s/ _____
                                Registered Holder, Assignor

# USPS Tracking®

*Deputy Court Adm.*
*Dominic Russi*

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70171070000059486676

Remove ✕

Your item was delivered to the front desk or reception area at 2:38 pm on July 17, 2018 in PHILADELPHIA, PA 19107.

## ⊘ Delivered

July 17, 2018 at 2:38 pm
Delivered, Front Desk/Reception
PHILADELPHIA, PA 19107

**Get Updates** ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌄

---

**Product Information**                                           ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +



Remove ✕

**Tracking Number:** 70171070000059486645

**Expected Delivery on**

## THURSDAY

# 19 JULY 2018 ⓘ : by 8:00pm ⓘ



## ✓ Delivered

July 19, 2018 at 10:03 am
Delivered, Left with Individual
WASHINGTON, DC 20410

Get Updates ⌄

---

Text & Email Updates                                                  ⌄

---

Tracking History                                                      ⌄

---

Product Information                                                    ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: JOSH SHAPIRO
ATTORNEY GENERAL
Pennsylvania State
16th Floor Strawberry SQ.
Harrisburg, PA 17120

9590 9402 2933 7094 4618 62

2. Article Number (Transfer from service label)
7017 1070 0000 5948 5334

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Edward L Fla_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
JUL 1 8 2018

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: JAMES LEONARD
City Hall, Room 154
Philadelphia, PA 19103

9590 9402 2933 7094 4618 00

2. Article Number (Transfer from service label)
7017 1070 0000 5948 6638

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Robin Bennett_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  _Sharon Bennett_

C. Date of Delivery  7/3/18

1. Article Addressed to:

ROBIN WIESSMAN
SECRETARY OF BANKING & SECURITIES
STATE EMPLOYEE'S RETIREMENT SYSTEM
30 N. 3RD Street 5th floor

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Harrisburg, PA 17101

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2933 7094 4617 49

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7017 1070 0000 5948 6690

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  _Phelan Hallinan Diamond & Jones LLP_

C. Date of Delivery

1. Article Addressed to:

MATTHEW Brushwaf
ATTORNEY
Phelan Hallinan Diamond + Jones
1617 JFK Blvd. Suite 1400 Philadelphia PA 19103

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUL 20 2018

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2933 7094 4618 24

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7017 1070 0000 5948 6614

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

A-1

Document ... Page 18 of 27

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *STEVE WULKO*

C.C.P
100 S. Broad Street
City Hall Room 296 PA PA03
Philadelphia

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2933 7094 4617 87

2. Article Number *(Transfer from service label)*
7017 1070 0000 5948 6657

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Merbere ____   ☐ Agent  ☒ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
7-20-1?

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Rec

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *ROBERT Q Reilly*

PNC BANK C.F.O.
300 FIFTH AVENUE
Pittsburgh, PA 15222-2401

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2933 7094 4617 56

2. Art

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Ster 3 Fm ____   ☒ Agent  ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
Steven Fisslman            7/23/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



A-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CEO
BLESSED RUDOLPH
BANK OF America FRB-Phila
7105 Corporate Drive
Plano, Texas 75024

9590 9402 2933 7094 4617 70

2. Article Number (Transfer from service label)
7017 1070 0000 5948 6669

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Samo
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Samuel F

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ROBERT EL FANT
EL FANT Wissahickon Realty
7112 Germantown Avenue
Philadelphia PA 19119

9590 9402 2933 7094 4618 17

2. Article Number (Transfer from service label)
7017 1070 0000 5948 6621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Crystal Wey    ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Crystal Wing    7-8-18

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN-7530-02-000-9053    Domestic Return Receipt



A-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: PATRICK HARKER

Federal Reserve Bank
10 Independence Mall
Philadelphia, Pa 19106

9590 9402 2933 7094 4618 31

2. Article Number (Transfer from service label)

7017 1070 0000 5948 5365

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

A-1



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*

PHILADELPHIA, PA 19106

| Certified Mail Fee | $3.45 |
| | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $1.42

Total Postage and Fees   $7.62

Sent To PATRICK HARKER - FRB
Street and Apt. No., Federal Reserve Bank - Philadelphia
City, State, ZIP+4 10 Independence Mall

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*

PHILADELPHIA, PA 19118

| Certified Mail Fee | $3.45 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $1.42

Total Postage and Fees   $7.62

Sent To ROBERT EL'FANT - PA Broker
Street and Apt. No., El'Fant Wissahickon Realty
City, State, ZIP+4 7716 Germantown Avenue

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*

PLANO, TX 75024

| Certified Mail Fee | $3.45 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage   $1.42

Total Postage and Fees   $7.62

Sent To BLESSED RUDOLPH - Bank of Amer
Street and Apt. No., 1105 Corporate Drive
City, State, ZIP+4 Plano, Texas 75024

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

A-1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

PHILADELPHIA PA 19110
OFFICIAL USE

| Certified Mail Fee | $3.45 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.42 | |
| Total Postage and Fees | $7.62 | |

Sent To STEVE WULKO - C.C.P
Street and Apt. No., or PO Box No. 100 Broad Street City Hall 19 llc
City, State, ZIP+4° RM 296 Philadelphia PA 19103

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1070 0000 5948 6659

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

PITTSBURGH PA 15222
OFFICIAL USE

| Certified Mail Fee | $3.45 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.42 | |
| Total Postage and Fees | $7.62 | |

Sent To ROBERT Q. REILLO - C.F.O - ANC
Street and Apt. No., or PO Box No. 600 North Avenue
City, State, ZIP+4° PITTSBURGH PA 15222-1401

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1070 0000 5948 6683

A-1

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

PHILADELPHIA PA 19110
OFFICIAL USE

| Certified Mail Fee | $3.45 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.42 | |
| Total Postage and Fees | $7.62 | STATE EMPLOYEES RETIREMENT |

Sent To ROBIN Wiessman - Sec'ty Banking
Street and Apt. No., or PO Box No. 30 North Third Street 5th Floor
City, State, ZIP+4° Harrisburg PA 17101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1070 0000 5948 6690

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

PHILADELPHIA, PA 19103

Certified Mail Fee $3.45
$2.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.42

Total Postage and Fees $7.62

Sent To MATTHEW Brushwood, ATTORNEY A320092
Street and Apt. No., or PO Box No. Nolan Hallinan Diamond + Jones
1600 JFK BLVD Suite 1400 Philadelphia PA

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 1070 0000 5948 6619

Postmark Here
JUL 16 2018
PHILADELPHIA, PA 19102
0148 16
07/16/2018

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

PHILADELPHIA, PA 19103

Certified Mail Fee $3.45
$2.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.42

Total Postage and Fees $7.62

Sent To JAMES LEONARD - County Recorder
Street and Apt. No., or PO Box No. City Hall room 154
City, State, ZIP+4 Philadelphia PA 19103

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 1070 0000 5948 6638

Postmark Here
JUL 16 2018
PHILADELPHIA, PA 19102
0148 16
07/16/2018

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

HARRISBURG PA 17120

Certified Mail Fee $3.45
$2.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.42

Total Postage and Fees $7.62

Sent To JOSH SHAPIRO Attorney General
Street and Apt. No., or PO Box No. 16th Floor Strawberry Sq. STATE
City, State, ZIP+4 Harrisburg PA 17120

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 1070 0000 5948 5334

Postmark Here
JUL 16 2018
PHILADELPHIA, PA 19102
07/16/2018



**B-1**

### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### TRIAL DIVISION—CIVIL

MARCH 2018

IN THE MATTER OF          :
PETITION FOR CHANGE OF    :          *March* TERM, *2018*
NAME OF                   :
*KIM DANIELLE CARRUTH*    :          *000473*
                          :
_____   :          NO. _____

### DECREE FOR CHANGE OF NAME

AND NOW, this *17* day of *MAY*            , *2018*, on

hearing of the within Petition, and on motion of Petitioner, and on presentation of proof

of publication of notice as required by law together with proof that there are no

judgments or decrees of record or any other matter of like effect against the petitioner,

and it appearing that there is no legal objection to the granting of the prayer of the

petition,

IT IS HEREBY ORDERED and DECREED that the name of the Petitioner be
and is hereby changed to _____ *Kim Carruth* _____.

BY THE COURT:

_*Abbe F. Fletman*_____
                                    J.

MAY 2 3 2018

CERTIFIED FROM THE RECORD OF _____
ERIC FEDER
DIRECTOR, OFFICE OF JUDICIAL RECORDS
PHILADELPHIA COUNTY

**DOCKETED**

MAY 1 8 2018

N. SWEENEY
JUDICIAL RECORDS

In Re  Kim Danielle Car-ORDRF

18030047200012

COPIES SENT PURSUANT TO Pa R C P  236(b)  M  TIERNEY  05/18/2018

C.P. 54

FOREIGN CERTIFICATE

The Commonwealth of Pennsylvania
COUNTY OF PHILADELPHIA, ss.......



I, **Eric Feder,** Director, Office of Judicial Records of the Court of Common Pleas of the County of Philadelphia, DO CERTIFY that the foregoing is a true copy of the NAME CHANGE ORDER

_____.

_____

_____

In the matter of Petition for Name Change of Kim Danielle Carruth _____, Plaintiff(s) and

_____

_____, Defendant(s), and of

2018 _____ Term March _____, No. 472 _____ as

full, entire and complete as the same remains on file in the Court of Common Pleas, of the County of Philadelphia aforesaid in the case above stated.

_____

*Director, Office of Judicial Records*



I, **Jacqueline F. Allen,** Administrative Judge of the Court of Common Pleas Trial Division for the County of Philadelphia, DO CERTIFY that the foregoing Record, Certification and Attestation made by Eric Feder, Director, Office of Judicial Records of said Court, whose name is thereunto subscribed, and the seal of the said Court affixed, are in due form and made by the proper officers.

_____

*Administrative Judge, Trial Division*

I, **Eric Feder,** Director, Office of Judicial Records of the Court of Common Pleas of the County of Philadelphia, DO CERTIFY that the Honorable Jacqueline F. Allen, by whom the foregoing Certificate and Attestation were made and whose name is thereby subscribed, was at the time of making thereof and still is, Administrative Judge of the Court of Common Pleas Trial Division of the County of Philadelphia, duly commissioned and sworn; to all whose acts, as such full faith and credit are and ought to be given as well in Courts of Judicature as elsewhere.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the said Court, this 23rd _____ day of May _____ A.D., 2018 _____

_____

*Director, Office of Judicial Records*

10-214 (Rev 2/2016)

B-3

### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### TRIAL DIVISION—CIVIL

MARCH 2018

IN THE MATTER OF
PETITION FOR CHANGE OF
NAME OF

*Kim · Danielle Carruth*

:
:
:
:
:

*March* TERM, *2018*

*000477*

NO. _____

---

### DECREE FOR CHANGE OF NAME

AND NOW, this *17* day of *MAY* *2018*, on

hearing of the within Petition, and on motion of Petitioner, and on presentation of proof

of publication of notice as required by law together with proof that there are no

judgments or decrees of record or any other matter of like effect against the petitioner,

and it appearing that there is no legal objection to the granting of the prayer of the

petition,

IT IS HEREBY ORDERED and DECREED that the name of the Petitioner be

and is hereby changed to _____ *Kim Carruth* _____.

BY THE COURT:

*Abbe F. Fletman* 

_____ J.

**DOCKETED**

MAY 1 8 2018

N. SWEENEY
JUDICIAL RECORDS

In Re: Kim Danielle Car-ORDRF

||||||||||||||||||||||
18030047200012

COPIES SENT PURSUANT TO Pa R.C P 236(b)  M. TIERNEY 05/18/2018