# NOTARY PRESENTMENT

State of Pennsylvania )
) ss
County of Philadelphia )

On this 25th day in the month of September, in the year 20 18 the undersigned Settlor/Beneficiary, Carruth, Kim acknowledged to me on the basis of satisfactory evidence that she is the woman aka Settlor/Beneficiary for the above

Date: _____ Sworn to and subscribed before me this 25th day of September 20 18.

By: Felicia F.A _____ Notary Public

My Commission Expires: _____

Drafted by: ▇▇▇ _ _ _ _ _ _

Commonwealth of Pennsylvania - Notary Seal
FELICIA F. ANDERSON, Notary Public
Philadelphia County
My Commission Expires July 13, 2022
Commission Number 1284204

2018 SEP 27 A 7:00

CAUSE #2
18-CV-02061- CDJ

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF EASTERN PENNSYLVANIA
600 ARCH STREET
PHILADELPHIA, PENNSYLVANIA 19106

## CERTIFICATE AND NOTICE OF SERVICE

Date: September___, 2018

This is to hereby certify and return that I have personally served or legal evidence of service (USM 285) executed on the attached Defendant(s), individual(s), corporation(s), entitie(s) at the address inserted below as shown on file.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

To:  Josh Shapiro                             Certified Mail No: 9590 9402 3496 7275 1183 88
     Attorney General                                            7013 1710 0000 4810 1875
     Pennsylvania State
     16TH Floor
     Strawberry Square
     Harrisburg, PA   17120
     Attn: Josh Shapiro

To:  Patrick Harker                           Certified Mail No: 9590 9402 3496 7275 1942
     Federal Reserve Bank- Philadelphia                          7018 1130 0001 6953 5479
     10 Independence Mall
     Philadelphia, PA 19106
     Attn: Patrick Harker

To:  Matthew Brushwood, A310592               Certified Mail No: _____
     Attorney
     Phelan Hallinan Diamond & Jones
     1617 JFK Blvd, Suite 1400
     Philadelphia, PA   19103
     Attn: Francis Hallinan

To:  Jewell Williams, dba                     Certified Mail No: _____
     Philadelphia County Sheriff
     200 South Broad Street, 5th Floor
     Philadelphia, PA   19110
     Attn: Joseph Vignola

[stamp: USDC-EDPA 2018 SEP 27 A 10:47]

1 | P a g e

To:   Robert El'fant   Certified Mail No: _____
      PA Broker
      El'fant Wissahickon Reality
      7112 Germantown Avenue
      Philadelphia, PA  19119
      Attn: Robert El'Fant

To:   James Leonard, dba   Certified Mail No: _____
      Philadelphia County Recorder      K. Anderson
      City Hall, room ~~154~~ L64
      Philadelphia, PA  19103
      Attn: James Leonard

To:   Ben Carson   Certified Mail No: 9590 9402-3496 7275 11839
      Commissioner                      7018 1130 0001 6953 0405
      U.S. Department of H.U.D
      451 7th Street, S.W.
      Washington, D.C.  20410
      Attn: Single Family Division Director-Phila

To:   Steve Wulko, dba   Certified Mail No: _____
      Court of Common Pleas Administrator     D. Drayton  9/25/2018
      100 South Broad Street
      City Hall, Room ~~296~~ 284
      Philadelphia, PA  19103
      Attn: Joseph Evers

To:   JAMES PATTERSON, S dba   Certified Mail No: _____
      Interloper                9/25/2018 Older African American
      110 West Godfrey Avenue             wom. Refused to sign
      Philadelphia, PA. 19120             recieved pkg
      Attn: Leonard, James Jr.

To:   Blessed Rudolph, dba   Certified Mail No: 9590 9402-3496 7275 118401
      FRB- PHILA, dba                     7018 1130 0001 6953 0412
      BANK OF AMERICA, N.A.
      7105 Corporate Drive
      Plano, Texas 75024
      Attn: Rudolph, Blessed-CFO

Date: September 19th, 2018   /S/ Carruth, Kim
                             Registered Holder, Assignor

2 | P a g e

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To: Commissioner - Ben Carson - U.S. Department of H.U.D.
Street and Apt. No., or PO Box No. 451 7th Street S.W.
City, State, ZIP+4 Washington, D.C. 20410

7018 1130 0001 6953 0405

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Commissioner - Ben Carson
U.S. Department of H.U.D.
451 7th Street S.W.
Washington, D.C. 20410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9590 9402 3496 7275 1183 95


2018 SEP 27 A 10: 1

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 3496 7275 1183 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

AV Notary Messenger Services
Office of Notary
Messenger Services Division
1522 West Duncannon Avenue
Philadelphia County, Pennsylvania
19141

**CERTIFIED MAIL**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: ATTORNEY GENERAL — JOSH SHAPIRO
Street, Apt. No; or PO Box No: PENNSYLVANIA STATE 16TH FLOOR STRAWBERRY SQUARE
City, State, ZIP+4: HARRISBURG PA 17120

PS Form 3800, August 2006

7013 1710 0000 4810 1872

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ATTORNEY GENERAL JOSH SHAPIRO PENNSYLVANIA STATE 16TH FLOOR STRAWBERRY SQUARE

9590 9402 3496 7275 1183 88

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below. ☐ No

HARRISBURG PENNSYLVANIA 17120

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3496 7275 1183 88


United States Postal Service

2018 SEP 27 A 10:1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

AV NOTARY MESSENGER SERVICES
OFFICE OF NOTARY MESSENGER SERVICES DIVISION
1522 WEST DUNCANNON AVENUE
PHILADELPHIA COUNTY PENNSYLVANIA
19141

**CERTIFIED MAIL®**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To: BLESSED Rudolph, CFO dba FRB-Phila dba
Street and Apt. No., or PO Box No. Bank of America, N.A.
City, State, ZIP+4 7105 Corporate Drive, Plano, Texas 75024

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Tracking: 7018 1130 0001 6953 0412

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Blessed Rudolph-CFO dba
FRB-Phila, dba
Bank of America, N.A.

9590 9402 3496 7275 1184 01

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

7105 Corporate Drive
Plano, Texas 75024

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 3496 7275 1184 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

AV Notary Messenger Services
Office of Notary Messenger Services Division
1522 West Duncannon Avenue
Philadelphia County, Pennsylvania
19141

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $

Sent To *Patrick Harker*
Street *Federal Reserve Bank - Philadelphia*
City *10 Independence Mall Phila PA 19106*

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

CERTIFIED MAIL
7018 1130 0001 6953 5479

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Patrick Harker*
*Federal Reserve Bank*
*10 Independence Mall*

9590 9402 3496 7275 1194 22

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

*-Phila.*
*Philadelphia PA 19106*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 3496 7275 1194 22

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service




* Sender: Please print your name, address, and ZIP+4® in this box *

*AV Notary Messenger Services*
*Office of Notary*
*Messenger Services Division*
*1522 West Duncannon Avenue*
*Philadelphia County, Pennsylvania*
*19141*