IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM CARRUTH | : | |
|     Plaintiff, | | |
|     v. | | |
| | : | |
| STATE OF PENNSYLVANIA; JOSH SHAPIRO *d/b/a Acting Attorney General*; MUNICIPAL CORPORATION ET ALS; ADMINISTRATIVE RESERVE BANK; FRB OF PHILADELPHIA; PHILADELPHIA COUNTY ETALS; BLESSED RUDOLPH, *Controller on Behalf of Bank of America, N.A.*; ELFANT-WISSAHICKON-REALTY; BEN CARSON, *d/b/a United States Department of Housing and Urban Development*; JEWELL WILLIAMS ETALS, *d/b/a Sheriff-Philadelphia County*; STEVE WULKO, *d/b/a Philadelphia County Clerk Recorder*; JAMES LEONARD, *Philadelphia County Recorder of Deeds*; and, JAMES PATTERSON, SR. ETAL., *d/b/a Interlopers*[1] | : : : : | CIVIL ACTION NO. 18-2061 |
|     Defendants. | : | |

**ORDER**

AND NOW, this 27th day of September, 2018, it is hereby ORDERED that the "Amendments" submitted by Plaintiff (ECF No. 27) are STRICKEN for failure to comply with this Court's Order dated September 7, 2018 (ECF No. 26). To the extent Plaintiff's submission may be construed as a Motion for Default Judgment, it is DENIED, as Plaintiff has yet to file a

---

[1] This Court has captioned the instant Order using the same names, designations, and spellings provided by Plaintiff and appearing on the docket.

proper Complaint.[2]

It is further ORDERED that in accordance with this Court's admonition as contained in Footnote 3 of the Order dated September 7, 2018 (ECF No. 27), Plaintiff's failure to file a legally-cognizable Amended Complaint that complies with the Federal Rules of Civil Procedure on or before October 12, 2018 , shall result in dismissal of this action.

BY THE COURT:

/s/ C. Darnell Jones, II    J.

---

[2] This Court further notes that several of the Defendants against whom Plaintiff seeks default judgment, have responded to her initial filing with motions to dismiss and/or for more definite statement.